**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. 26-cr- 13-01-JL |
| ) | |
| v. ) | **Count 1: Possession of a Firearm and** |
| ) | **Ammunition by a Prohibited Person** |
| ) | |
| **DOUG MULLIGAN** ) | **(18 U.S.C. § 922(g)(1))** |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**[18 U.S.C. §§ 922(g)(1)]**
**[Possession of a Firearm and Ammunition by a Prohibited Person]**

On or about November 5, 2025, in the District of New Hampshire, the defendant,

**DOUG MULLIGAN**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, the following firearm: one (1) Sig Sauer, P365, 9x19mm, semiautomatic pistol, bearing serial number 66B531959.

In violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

Upon conviction of the offenses alleged in Count One of this Information, Doug Mulligan shall forfeit to the United States pursuant to 924(d), and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including:

(1) a set of metal Glock style rail/internal components; (2) a magazine with five .45 caliber rounds found in seat pocket of Defendant's truck; (3) a Hatfield Gun Company, Model SGL, 12 Gauge Shotgun, serial number 12S22-002644; (4) a Francolin International Arms Company, Model Pointer Pup, .410 Shotgun, serial number 205-25PU1085; (5) Winchester, Model 12, 16 Gauge Shotgun, serial number 1235845; (6) Khan Shotguns, Model Trinity, 20 Gauge Shotgun, serial number BL20001470; (7) Radikal Arms, Model Sax-2, 12 Gauge Shotgun, serial number 21-00966; (8) Khan Shotguns, Model Cobra, 41 Gauge Shotgun, serial number 22P4109504; (9) Citadel (KRC AV), Model GF1, 12 Gauge Shotgun, serial number CSBS-24KR10121; (10) Francolin International Arms Company, Model PAX, 12 Gauge Shotgun, serial number 20-85919; (11) Francolin Arms, Model GF1, 12 Gauge Shotgun, serial number 20-26839; (12) Kral AV Sanayi/Reximex, Model Raptor, 20 Gauge Shotgun, serial number KRA033627; (13) Mossberg, Model 590RM, 12 Gauge Shotgun, serial number RM000758; (14) Armsan Silah Sanayi, Model Viper, 12 Gauge Shotgun, serial number D21M06074; (15) Browning, Model Invector, 12 Gauge Shotgun, serial number 26395NZ152; (16) Mossberg, Model 930, 12 Gauge Shotgun, serial number AF0081673; (17) Browning, Model Special Steel, 12 Gauge Shotgun, serial number 7834C67; (18) Franchi, Model Affinity, 12 Gauge Shotgun, serial number BL031592H; (19) Stefano Fausti, Model Class, 12 Gauge Shotgun, serial number FA00122; (20) KHN, Model TT, 12 Gauge Shotgun, serial number 17N3195; (21) Mossberg, Model 500, 12 Gauge Shotgun, serial number U616269; (22) Torun Arms (Torun Silah San LTD STI), Model Nomad, 12 Gauge Shotgun, serial number 12SB25-000111; (23) Mossberg, Model 590, 410 Shotgun ,serial number V1971586; (24) Kirci Silah Sanayi (KRC AV), Model Boss SS Coach, 12 Gauge Shotgun, serial number CSBS-23KR5903, (25) Khan Shotguns, Model TT-15, 12 Gauge Shotgun, serial number 17N4570; (26) Khan Shotguns, Model TT-15, 12 Gauge Shotgun, serial number 19N10349; (27) Mossberg, Model 590, 12 Gauge Shotgun, serial number V2096388; (28) Mossberg, Model 590, 12 Gauge Shotgun, serial number V2000051; (29) Girsan, Model MC312, 12 Gauge Shotgun, serial number 20-05601; (30) Olympic Arms Incorporated (SGW Enterprises and Safari Arms), Model MFR, Multi-Caliber Rifle, serial number SM2309; (31) Henry Repeating Rifle Company, Model H00SR, .22 Caliber Rifle, serial number 5000007; (32) Winchester, Model Wildcat 22, .22 Caliber Rifle, serial number TF614-22M30318; (33) Savage, Model Axis, .243 Caliber Rifle, serial number K272646; (34) Ruger, Model American Rifle, .308 Caliber Rifle, serial number 690905251; (35) Savage, Model 110, 30-06 Caliber Rifle, serial number N335514; (36) Bergara Europe, Model B-14, 30-06 Caliber Rifle, serial number 61-06-208052-19; (37) CBC (Companhia Braziliera De Cartuchos, Model H004Y, .22 Caliber Rifle, serial number 7C6015251N; (38) Savage, Model 110, 30-06 Caliber Rifle, serial number N760931; (39) Mossberg, Model MVP, 5.56 Caliber Rifle, serial number MVP000917; (40) Henry Repeating Rifle Company, Model H004Y, .22 Caliber Rifle, serial number GB26475Y; (41) Colt, Model Carbine, 5.56 Rifle, serial number CR068037; (42) Ruger,

Model AR-556, 5.56 Rifle, serial number 1851-90063; (43) Keltec CNC Industries Incorporated, Model SUB-2000, 9mm Rifle, serial number 25E5S44; (44) WWI (Windham Weaponry Incorporated), Model WW-15, 5.56 Rifle, serial number WW070855; (45) Ruger, Model 10/22 Sporter, .22 Caliber Rifle, serial number RCS8-03048; (46) Ruger, Model Mini 14, 5.56 Caliber Rifle, serial number 585-07189; (47) Rhineland Arms, Model FG-9, 9mm Rifle, serial number SN-175; (48) Henry Repeating Rifle Company, Model H010X, 45-70 Caliber Rifle, serial number XFFS25787; (48) Savage Arms Incorporated (CD), Model Mark II, .22 Caliber Rifle, serial number 3905767; (49) CBC (Companhia Braziliera De Cartuchos), Model Rossi Rio Bravo, .22 Caliber Rifle, serial number 7CL069271R; (50) Savage, Model 42, .22 Caliber Rifle, serial number 4651927; (51) Ruger, Model 10/22, .22 Caliber Rifle, serial number CS16-00164; (52) Ruger, Model Gunsite Scout, .308 Caliber Rifle, serial number 681-03502; (53) Radikal Arms, Model RF-15, 5.56 Caliber Rifle, serial number 25-025872; (54) Model Carbine, 5.56 Rifle, serial number CR813942; (55) Rock River Arms Incorporated, Model LAR-PDSM, 5.56 Rifle, serial number HS2000600; (56) Savage, Model AXIS, .65 Caliber Rifle, serial number R380714; (57) Savage Arms Incorporated (CD), Model RASCAL, .22 Caliber Rifle, serial number 2747183; (58) Wilson Combat, Model Protector, 5.56 Caliber Rifle, serial number WCA32717; (59) Model Colt Defense , 5.56 Caliber, serial number CR039449; (60) Century Arms International, Model VSKA, 7.62 Caliber Rifle, serial number SV7115939; (61) Ruger, Model Precision Rifle, .65 Caliber Rifle, serial number CS11-01284 (62) Ruger, Model Precision Rimfire, .22 Caliber Rifle, serial number 841-77219; (63) Ruger, Model AR-556, 5.56 Caliber Rifle, serial number 1851-73581; (64) Windham Weaponry, Model WW-PS, 5.56 Caliber Rifle, serial number PS005654; (65) Century Arms International, Model BFT47, 7.62 Caliber Rifle, serial number BFT47025862; (66) Savage Arms Incorporated (CD), Model B22, .22 Caliber Rifle, serial number 3582911; (67) Smith and Wesson, Model M&P 10, .308 Caliber Rifle, serial number KN00789; (68) SAKO, Model L57, .308 Caliber Rifle, serial number 2683; (69) Springfield Armory, Geneseo, IL, Model Saint Edge, .223 Caliber Rifle, serial number PC007977; (70) Mossberg, Model Patriot, .308 Caliber Rifle, serial number MPR0526265; (71) Remington Arms Company Incorporated, model 783; .308 Caliber Rifle, serial number RAR20838; (72) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0026-17693; (73) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0021-11367; (74) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0026-79081; (75) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0020-87099; (76) Colt, Model AR-15, 5.56 Caliber Rifle, serial number 761546V (77) Ruger, Model AR-556, 5.56 Caliber Rifle, serial number 851-90065; (78) Diamondback Arms Incorporated, Model DB-15, .300 Caliber Rifle, serial number DB3213033; (79) Ruger, Model American Rifle, .308 Caliber Rifle, serial number 690779912; (80) Smith and Wesson, Model FPC, 9mm Rifle, serial Number VA71005; (81) Ruger, Model LC Carbine, 10 Caliber Rifle, serial number 930-67371; (82) Keltec CNC Industries Incorporated, Model Sub-2000, 10 Caliber Rifle,

serial number 25J0261; (83) Umarex Sportwaffen GMBH & CO. KG, Model HK MP5, .22 Caliber Rifle, serial number HD088083; (84) POF USA (Patriot Ordnance Factory), Model Revolution, 5.56 Caliber Rifle, serial number 29H-2100884; (85) Sig Sauer (Sig-Arms), Model Spear LT, 7.62 Caliber rifle serial number 63J009230; (86) Sig-Sauer, Model 716, .308 Caliber Rifle, serial number 22M031570; (87) Diamondback, Model BD10, 65 Caliber Rifle, serial number DB-1110848; (88) Smith and Wesson, Model 629 Competitor, .44 Caliber Revolver, serial number DZC9370; (89) Taurus, Model Raging Hunter, .44 Caliber Revolver, serial number ACL569151; (90) Smith and Wesson, Model 500 Magnum, 500 Caliber Revolver, serial number EDU1852; (91) Colt, Model Python, .357 Caliber Revolver, serial number PY362020; (92) Ruger,  Model SP101, .22 Caliber Revolver, serial number 570-74989; (93) Ruger, Model Super Blackhawk Hunt, .44 Caliber Revolver, serial number 85-39178; (94) Smith and Wesson, Model 581; .357 Caliber Revolver, serial number ACJ3956; (95) Ruger, Model LCR, .38 Caliber Revolver, serial number 540-83874; (96) Smith and Wesson, Model .500 Magnum, .500 Caliber Revolver, serial number DRT2406 (97) Charter Arms, Shelton, CT (Charter 2000), Model Target Pathfinder, .22 Caliber Revolver, serial number 24L04818; (98) Taurus, Model 942, .22 Caliber Revolver, serial number AHE963291; (99) Taurus, Model 605 Defender, .357 Caliber Revolver, serial number AED286944; (100) Taurus, Model: 856 Defender, .38 Caliber Revolver, serial number ADG448795; (101) Ruger, Model GP100, .357 Caliber Revolver, serial number 17955218; (102) Taurus, Model Tracker, .44 Caliber Revolver, serial number AGM653617; (103) Taurus, Model The Judge, .45/410 Caliber Revolver, serial number AEH620354; (104) Colt, Model Combat Python, .357 Caliber Revolver, serial number PY343448; (105) Heritage Manufacturing Incorporated, Model Rough Rider, .22 Caliber Revolver, serial number 3PH383163; (106) Standard Manufacturing company LLC, Model S333 Thunderstruck, .22 Caliber Revolver, serial number SVF028915; (117)  Smith and Wesson, Model M&P Bodyguard, .38 Caliber Revolver, serial number CWK6935; (108) Smith and Wesson, Model Bodyguard CT, .38 Caliber Revolver, serial number CWK5857; (109) Smith and Wesson Model 442, .38 Caliber Revolver, serial number DPV1533; (110) Smith and Wesson Model 442, .38 Caliber Revolver, serial number DPU6624; (111) Taurus, Model 856, .38 Caliber Revolver, serial number AEG506391; (112) Taurus, Model 856, .38 Caliber Revolver, serial number AEH572523; (113) Taurus, Model 605, .357 Caliber Revolver, serial number AGG255190; (114) Charter Arms Shelton, CT (Charter 2000), Model Coyote, .38 Caliber Revolver, serial number 24L09126; (115) North American Arms, Model The Ranger, .22 Caliber Revolver, serial number BTN03578 (116) North American Arms, Model PUG, .22 Caliber Revolver, serial number TQP00057; (117) North American Arms, Model Black Widow, .22 Caliber Revolver, serial number R402466; (118) Weihrauch, Hermann, Model ARM 357, .357 Caliber Revolver, serial number P3054; (119) Colt, Model King Cobra, .357 Caliber Revolver, serial number RA402104; (120) Taurus, Model 605 Protector Poly, .357 Caliber Revolver, serial number AHB777393;

(121) Standard Manufacturing Company LLC, Model S333 Thunderstruck, .22 Caliber Revolver, serial number SVF027367; (122) Unknown Manufacturer, Model -- , Caliber, unknown, receiver and frame, serial number; (123) Polymer 80 Incorporated (P80 Tactical P80), Model: PFC9 Compact,  Caliber -- , receiver and frame, serial number CA11296; (124) Sharps Bros, Model Jack 10,  Caliber multi, receiver and frame, serial number, J10-03087; (125) Sharps Bros, Model Jack 9, Caliber Multi, receiver and frame, serial number J9-01432; (126) DEL-TON Incorporated, Model DTI-15, Caliber Multi, receiver and frame, serial number DTI-A006394; (127) DEL-TON Incorporated, Model DTI-15, Caliber Multi, Receiver and Frame, serial number DTI-A006393; (128) DEL-TON Incorporated, Model DTI-15, Caliber Multi, Receiver and Frame, serial number DTI-A006391; (129) Manufacturer  --, Model Spartan, Caliber Multi, Receiver and Frame, serial number SH04522; (130) Palmetto State Armory, Model PA-15, Caliber Multi, receiver and frame, serial number SCNL218848; (131) Kimber, Model Troy CDS9, 9mm caliber Pistol, serial number AD000541 (132) CZ (Ceska Zbrojovka), Model CZ2075 D Rami, 9mm Caliber Pistol, serial number C484861; (133) Keltec, Model PR57, .28 Caliber Pistol, serial number 25H2L81; (134) CZ (Ceska Zbrojovka), Model CZ75 SP-01 Tactical, .40 Caliber Pistol, serial number C250913; (135) Masterpiece Arms, Model Defender, 9mm Caliber Pistol, serial number FX65392; (136) Heckler and Koch, Model P30, .40 Caliber Pistol, serial number 219-015228; (137) Sig Sauer (Sig Arms), Model P226, 9mm Caliber Pistol, serial number 47E097125; (138) Sig Sauer (Sig Arms), Model P220 Elite, 10mm Caliber Pistol, serial number 37F011866; (139) Magnum Research, Model Desert Eagle, .50 Caliber Pistol, serial number DK0132964; Glock Incorporated, Model 22GEN4, .40 Caliber Pistol, serial number WPF450; (140) Keltic CNC Industries Incorporated, Model PMR-30, .22 Caliber Pistol, serial number WYCB97; (141) Umarex Sportwaffen GMBH & Co. KG, Model FN 502 Tactical, .22 Caliber Pistol, serial number LR021394; (142) Sig-Sauer, Model P232, .380 Caliber Pistol, serial number S239671; (143) Taurus, Model, PT92AF-D, 9mm Pistol, serial number TLY97952; (144) CZ (Ceska Zbrojovka, Model CZ P-10F, 9mm Pistol, serial number G133257; (145) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number BVSS197; (146) Sig Sauer (SIG-ARMS), Model P239, 9mm Pistol, serial number 45A046790; (147) Sig Sauer (SIG-ARMS), Model P239, 9mm Pistol, serial number 56A004998; (148) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number JCR4902; (149) Shadow Systems, LLC, Model MR920, 9mm Pistol, serial number SSC063888; (150) Springfield Armory, Geneseo, IL, Model Ronin Operator, 10mm Pistol, serial number NM939705; (151) TISAS – Trabzon Gun Industry Corporation, Model Yukon, 10mm Pistol, serial number T0620-23DB0022; (152) Kimber, Model Custom TLE/RL II, 10mm Pistol, serial number KF145717; (153) German Sports Guns, Model GSG Firefly, .22 Caliber Pistol, serial number F520889; (154) Bersa, Model 22, .22 Caliber Pistol, serial number N03028; (155) Glock Incorporated, Model 44, .22 Caliber Pistol, serial number AKNG703; (156) Keltec CNC Industries Incorporated,

Model PMR-30, .22 Caliber Pistol, serial number WXPV39; (157) Taurus, Model 22TUC, .22 Caliber Pistol, serial number 1TC003483; (158) Glock Incorporated, Model 35, .40 Caliber Pistol, serial number BVEH929 (159) Glock Incorporated, Model 23GEN5, .40 Caliber Pistol, serial number CCPD775; (160) Glock Incorporated, Model 27GEN5, .40 Caliber Pistol, serial number CBKY723; (161) Manufacturer --, Model G3C, .40 Caliber Pistol, serial number AEJ719708; (162) Smith and Wesson, Model M&P Shield M2.0, .45 Caliber Pistol, serial number EFA6922; (163) Kimber, Model Solo Carry, 9mm Pistol, serial number S1125823; (164) Remington Arms Company Incorporated,  Model R51, 9mm Pistol, serial number 0002160R51 (165) Smith and Wesson, Model SW9VE, 9mm Pistol, serial number RBK5015; (166) Taurus, Model G3C, 9mm Pistol, serial number ACH158783; (167) CANIK55, Model METE SF, 9mm Pistol, serial number 21CC10617; (168) Heckler and Koch, Model VP9, 9mm Pistol, serial number 224-221727; (169) HS Produkt (IM Metal), Model XDM Elite, 9mm Pistol, serial number, BY278097; (170) Sharps Brothers Manufacturing, Model Showdown, .223 Caliber Pistol, serial number SS-02782; (171) Smith and Wesson, Model M&P 40 Shield M2.0, .40 Caliber Pistol, serial number HSD3104; (172) Glock GMBH, Model 20GEN4, 10mm Pistol, serial number BXZL242; (173) Glock GMBH, Model 20GEN4, 10mm Pistol, serial number AKKS753GA; (174) Glock GMBH, Model 29, 10mm Pistol, serial number BXSP094; (175) Glock GMBH, Model 40GEN4, 10mm Pistol, serial number BYNW486; (176) Sig Sauer (Sig-Arms), Model P320-XTEN, 10mm Caliber, serial number 58J466126; (177) Glock GMBH, Model 41GEN4, .45 Caliber Pistol, serial number AGXP580; (178) Sig-Sauer, Model P220 Elite, .45 Caliber Pistol, serial number 37F003335 (179) Sig-Sauer, Model P220, .45 Caliber Pistol, serial number 37A02221; (180) HS Produkt (IM Metal), Model XDM, .45 Caliber Pistol, serial number BB153286; (181) HS Produkt (IM Metal), Model XDM, .45 Caliber Pistol, serial number BA569182; (182) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1TJ062075; (183) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1PT461025; (184) Taurus International, Model TX22 Competition, .22 Caliber Pistol, serial number 1PT701273; (185) HS Produkt (IM Metal), Model Hellcat, 9mm Pistol, serial number BA353722; (186) HS Produkt (IM Metal), Model Hellcat Competition, 9mm Pistol, serial number BK310848 (187) Springfield Armory, Geneseo, IL, Model XDS-9, 9mm Pistol, serial number S4905544; (188) HS Produkt (IM Metal), Model Echelon Gear Up, 9mm Pistol, serial number BE389793; (189) Springfield Armory, Geneseo, IL, Model XD9, 9mm Pistol, serial number XD175766; (190) HS Produkt (IM Metal), Model XD9,  9mm Pistol, serial number BY603641; (191) HS Produkt (IM Metal), Model XDS MOD 2, 9mm Pistol, serial number BF335972; (192) Sig Sauer (Sig-Arms), Model P365 X Macro, 9mm Pistol serial number 66G463563; (193) Sig Sauer, Model P365 XFDE, 9mm Pistol, serial number 66G662343; (194) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66E866549; (195) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number CEUN160; (196) Glock

GMBH, Model 17GEN3, 9mm Pistol, serial number CDTW298; (197) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number AFTB055; (198) Glock Incorporated, Model 19GEN3, 9mm Pistol, serial number BSCA237; (199) Glock Incorporated, Model 26GEN5, 9mm Pistol, serial number AKMK938; (200) Glock Incorporated, Model 34GEN5, 9mm Pistol, serial number BRRX705; (201) Glock Incorporated, Model 43, 9mm Pistol, serial number AGPE432; (202) Glock Incorporated, Model 43X, 9mm Pistol, serial number AKUY881; (203) Glock Incorporated, Model 43X, 9mm Pistol, serial number AGMX807; (204) Glock Incorporated, Model 45GEN5, 9mm Pistol, serial number BYRK810; (205) Glock Incorporated , Model 49MOS, 9mm Pistol, serial number CCEY753; (206) Arex, Model, Rex Zero 1 CP, 9mm Pistol, serial number A11236; (207) Beretta USA Corporation, Model 92FS, 9mm Pistol, serial number BER885996; (208) Bersa, Model BP9CC, 9mm Pistol, serial number M46486; (209) CANIK55, Model METEMC9, 9mm Pistol, serial number 23CT89470; (210) CZ (Ceska Zbrojovka), Model CZ P-10 S, 9mm Pistol, serial number G089250; (211) CZ (Ceska Zbrojovka), Model P-10 Compact, 9mm Pistol, serial number H321417; (212) HS Produckt (IM Metal), Model XDM Elite, 9mm Pistol, serial number MG465576; (213) Taurus International, Model GX4 XL, 9mm Pistol, serial number AEK807869; (214) Taurus International, Model G3, 9mm Pistol, serial number AHB753567; (215) Taurus International, Model: G3, 9mm Pistol, serial number ADC104931; (216) Taurus International, Model G3C, 9mm Pistol, serial number AHD880468; (217) Taurus International, Model G3C, 9mm Pistol, serial number  AGC100881; (218) Taurus, Model TS9, 9mm Pistol, serial number AEL880818; (219) Walther, Model CCP M2, 9mm Pistol, serial number WK152251; (220) Walther, Model PDP F-Series, 9mm Pistol, serial number 36614GB; (221) SCT Manufacturing LLC, Model DSC9, 9mm Pistol, serial number AAA0031531; (222) Diamondback Arms Incorporated, Model DB9, 9mm Pistol, serial number YP8202; (223) Tanfoglio, F.LLI, S.N.C., Model Witness Pavona, 9mm Pistol, serial number EA95670; (224) Sarsilmaz (SAR Arms), Model SARST10, 9mm Pistol, serial number T110213F00613; (225) Girsan, Model MC P35, 9mm Pistol, serial number T6368-22EU05916; (226) Smith and Wesson, Model M&P 9 Shield EZ, 9mm Pistol, serial number  NKH9261; (227) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number DLU5921; (228) Smith and Wesson, Model M&P 9 Carry Comp, 9mm Pistol, serial number EHY2014; (229) Smith and Wesson, Model M&P 9 Shield Plus, 9mm Pistol, serial number JMX7874; (230) Smith and Wesson, Model M&P 9 Shield Plus, 9mm Pistol, serial number EFH9702; (231) Smith and Wesson, Model M&P M2.0, 9mm Pistol, serial number NKT5053; (232) Carl Walther ULM/DO, Model PPQ 43, .45 Caliber Pistol, serial number FDG8675; (233) Browning, Model Black Label 1911-22, .22 Caliber Pistol, serial number 51EYZ52899; (234) Smith and Wesson, Model M&P 380 Shield EZ, .380 Caliber Pistol, serial number FJD3172; (235) Smith and Wesson Model M&P 380 Shield EZ, .380 Caliber Pistol, serial number FJD1292; (236) Unknown Manufacturer, Model M1911A1-FS, 9mm Pistol, serial number RIA2446562;

(237) Springfield Armory, Geneseo, IL, Model EMP, 9mm Pistol, serial number EMP61116; (238) Ruger, Model Security-9, 9mm Pistol, serial number 385-80241; (239) Ruger, Model RXM, 9mm Pistol, serial number 094-76403; (240) FNH USA, LLC, Model 503, 9mm Pistol, serial number CV009794; (241) FNH USA, LLC, Model 509 Tactical, 9mm Pistol, serial number GKS0187581; (242) Heckler and Koch, Model VP9, 9mm Pistol, serial number 224-372555; (243) Heckler and Koch, Model P30, 9mm Pistol, serial number 129-111930; (244) Shadow Systems LLC, Model XR920, 9mm Pistol, serial number SSX036262; (245) Steyr, Model S9-A1, 9mm Pistol, serial number 3129754; (246) BUL Transmark LTD, Model Baby Eagle III, 9mm Pistol, serial number SBA1834; (247) Beretta, Pietro S.P.A, Model: 84, .380 Caliber Pistol, serial number Y030949X; (248) Ruger, Model SR1911, .45 Caliber Pistol, serial number 673-43074; (249) BUL Transmark LTD, Model MR1911GSS, .45 Caliber Pistol, serial number G-A06923; (250) Bersa, Mode: Thunder, .38 Caliber Pistol, serial number N64862; (251) Bersa, Model Thunder Plus, .38 Caliber Pistol, serial number N85929; (252) Girsan, Model MC14T, .38 Caliber Pistol, serial number T6368-25EZ00277; (253) Glock Incorporated, Model 42GEN3, .380 Caliber Pistol, serial number AGFF242; (254) Ruger, Model LCs Crimson Trace, 9mm Pistol, serial number 32955182; (255) Ruger, Model LCP Max, .380 Caliber Pistol, serial number 380964573; (256) Ruger, Model LCP2, .38 Caliber Pistol, serial number 380682549; (257) Remington Arms Company Incorporated, Model RM380, .380 Caliber Pistol, serial number RM056167C; (258) Smith and Wesson, Model Bodyguard 2.0, .38 Caliber Pistol, serial number ENH3103; (259) Smith and Wesson, Model Bodyguard 2.0, .38 Caliber Pistol, serial number EKE9151; (260) SI (Springfield Inc.), Model: Emissary, .45 Caliber Pistol, serial number NM781755; (261) Springfield Armory Geneseo, IL, Model TRP, .45 Caliber Pistol, serial number LW189811; (262) Keltec, CNC Industries Incorporated, Model P50, .57 Caliber Pistol, serial number AAE756; (263) Keltec, CNC Industries Incorporated, Model P50, .57 Caliber Pistol, serial number AAE992; (264) Ruger, Model 22 Charger, .22 Caliber Pistol, serial number 490-66234; (265) Freedom Ordnance MFG, Model FX-9, 9mm Pistol, serial number 67392; (266) Ruger, Model, 22/45 Lite, .22 Caliber Pistol, serial number 391-33831; (267) Bersa, Model Thunder 380 CC, .380 Caliber Pistol, serial number N80368; (268) Arex, Model Rex Zero 1 S, 9mm Pistol, serial number A03210; (269) Diamondback Arms Incorporated , Model DB9, 9mm Pistol, serial number YQ8024; (270) Diamondback Arms Incorporated, Model AM2, 9mm Pistol, serial number MA6217; (271) FNH USA, LLC, Model 509, 9mm Pistol, serial number GKS0158805; (272) Glock Incorporated, Model 43X, 9mm Pistol, serial number CEMD426; (273) Glock Incorporated, Model 19, 9mm Pistol, serial number CDCW688; (274) German Sports Guns, Model Firefly, .22 Caliber Pistol, serial number F521925; (275) German Sports Guns, Model GSG-1911, .22 Caliber Pistol, serial number E034149; (276) Glock Incorporated, Model 19Gen5, 9mm Pistol, serial number CDHX623; (277) Glock Incorporated, Model 19Gen5, 9mm Pistol ,serial number

BYMF393; (278) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CDHX624; (279) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CDHS657; (280) Glock Incorporated, Model 22GEN5, .40 Caliber Pistol, serial number CCPK633; (281) Glock Incorporated, Model 20GEN5, 10mm Pistol, serial number CBPM780; (282) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number BZSL305; (283) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CBNV313; (284) CZ USA, Model 75D Compact, 9mm Pistol, serial number J181838; (285) Glock Incorporated, Model 43, 9mm Pistol, serial number AGDX939; (286) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66B531959; (287) CANIK55, Model METE MC9, 9mm pistol, serial number 25ZA27710; (288) Chiappa Firearms LTD, Model 1911-22, .22 Caliber Pistol, serial number 12L06533; (289) Rock Island Armory Incorporated (Geneseo, IL), Model 1911A1, 10mm, Pistol, serial number RIA2010141; (290) Beretta USA Corporation, Model 21A Bobcat, .22 Caliber Pistol, serial number DAA657209; (291) Walther, Model PDP, 9mm Pistol, serial number 25722GB; (292) Glock GMBH, Model 19GEN5, 9mm Pistol, serial number BGFZ836; (293) Glock GMBH, Model 34GEN5, 9mm Pistol, serial number CCVB688; (294) Glock Incorporated, Model 26GEN5. 9mm Pistol, serial number AKLR502; (295) Glock Incorporated, Model 26GEN5, 9mm Pistol, serial number AHYW900; (296) Glock GMBH, Model 45, 9mm Pistol, serial number BZLK737; (297) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BWTU206; (298) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BYAH335; (299) Glock GMBH, Model 40GEN4, 10mm Pistol, serial number BZKR413; (300) Glock Incorporated, Model 45, 9mm Pistol serial number BWVS047; (301) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BWTU049; (302) Glock GMBH, Model 29, 10mm Pistol, serial number CEBT897; (303) Glock Incorporated, Model 40GEN4, 10mm Pistol, serial number BZKR416; (304) Glock Incorporated, Model 45, 9mm Pistol, serial number BYRK812; (305) Glock Incorporated, Model 29GEN5, 10mm Pistol, serial number CEBT695; (306) Glock Incorporated, Model 29GEN5, 10mm Pistol, serial number CDSS765; (307) Glock Incorporated, Model 42, .38 Caliber Pistol, serial number AKTA635; (308) Glock Incorporated, Model 43, 9mm Pistol, serial number AGDX862; (309) Glock Incorporated, Model 43, 9mm Pistol, serial number AHFG181; Glock Incorporated, Model 43X, 9mm Pistol, serial number CFSV763; (310) Taurus International, Model 22 Competition, .22 Caliber Pistol, serial number 1PT404705; (311) Keltec, CNC Industries Incorporated, Model P15, 9mm Pistol, serial number 24B0373; (312) Bondarms, Model Rough N Rowdy, .45 Caliber Pistol, serial number 316278; (313) Bondarms, Model Rough N Rowdy, .45 Caliber Pistol, serial number 308987; (314) Smith and Wesson, Model Bodyguard, .380 Caliber Pistol, serial number KBF5988; (315) Ruger, Model Mark II Target, .22 Caliber Pistol, serial number 213-10377; (316) Taurus, Model G3C, 9mm Pistol, serial number ADA830679; (317) Iver Johnson, Model Target Sealed 8, .22 Caliber Pistol, serial number M15261; (318) Taurus International, Model TX22, .22

Caliber Pistol, serial number 1PT483295; (319) Ruger, Model Ruger-57, .57 Caliber Pistol, serial number 641-46604; (320)  Remington Arms Company Incorporated, Model 1911 Carry, .45 Caliber Pistol, serial number RH95634A; (321) HS Produkt (IM Metal), Model Echelon, 9mm Pistol, serial number BK371918; (322) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number HWP5674; (323) HS Produkt (IM Metal), Model XDS 4.0, 9mm Pistol, serial number S4928181; (324) Kel-Tec, Model CP33, 9mm Pistol, serial number MB799; (325) Kel-Tec, Model CP33, 9mm Pistol, serial number MBP96; (326) Remington Arms Company Incorporated, Model RM380, .380 Caliber  Pistol, serial number RM000718C; (327) Walther, Model PDP F-Series, 9mm Pistol, serial number 26979GB; (328) Smith and Wesson, Model Bodyguard 2.0, .380 Caliber Pistol, serial number ENF1629; (329) Smith and Wesson, Model Bodyguard, .380 Caliber Pistol, serial number ENF1468; (330) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66F246299; (331) Taurus International, Model G3C, 9mm Pistol, serial number AHD883379; (332) HS Produkt (IM Metal), Model Hellcat, 9mm Pistol, serial number BE167076; (333) Ruger, Model LCP, .380 Caliber Pistol, serial number 372432599; (334) Ruger, Model LCP Max, .380 Caliber Pistol, serial number 380964592; (335) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1PT512753; (336) Taurus, Model PT111 ML PRO G2, 9mm Pistol, serial number TJN72977; (337) Smith and Wesson, Model M&P 9 Shield EZ M2.0, 9mm Caliber Pistol, serial number REN2640; (338) Bondarms, Model Rough N Rowdy,  unknown caliber Pistol, serial number 316277 (339) Glock Incorporated, Model 23GEN5, .40 Caliber Pistol, serial number CBYS953; (340) Smith and Wesson, Model M&P 10 M2.0, 10mm Pistol, serial number DLK4210; (341) Smith and Wesson, Model M&P Shield X, 9mm Pistol, serial number ENK8504; (342) Smith and Wesson, Model M&P 9 M2.0, 9mm Pistol, serial number NBK5511; (343) Steyr, Model M9-A1, 9mm Pistol, serial number 3116631; (344) HS Produkt (IM Metal), Model XD Mod 3, 9mm Pistol, serial number BF352505; (345) Sig Sauer (Sig-Arms), Model P320-XTEN, 10mm Pistol, serial number 58H295774; (346) Smith and Wesson, Model M&P 45, .45 Caliber Pistol, serial number HKX2614; (347) Remington Arms Company Incorporated, Model RM380, .380 Caliber Pistol, serial number RM023916C; (348) Honor Defense LLC, Model Honor guard, 9mm Pistol, serial number 0002325; (349) Daniel Defense Incorporated, Model DDM4, 5.56 Caliber Pistol, seria l number DDM4481314; (350) Stag arms, Model STAG-15, 5.56 Caliber Pistol, serial number W-0021939; (351) Diamondback Arms Incorporated, Model DB-15, 5.56 Caliber Pistol, serial number DB2945418; (352) Smith and Wesson, Model M&P 15-22P,.22 Caliber Pistol, serial number WAE8814; (353) Adams Arms Holdings, LLC (Adams Arms), Model AA-15; 5.56 Caliber Pistol, serial number AA0012769; (354) Black Rain Ordnance Incorporated, Model SPEC 15, .300 Caliber Pistol, serial number SF000596; (355) Daniel Defense Incorporated, Model DDM4, .300 Caliber Pistol, serial number DDM4390983; (356) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number AHFU332; (357) Mossberg, Model 88, .12

Caliber Pistol, serial number MV1200625, (358) Mossberg, Model Cruiser, .20 Caliber Pistol, serial number MV2133846; (359) Mossberg, Model 590, 12 Caliber Pistol, serial number V1890249; (360) Henry Repeating Rifle Company, Model H018BAH-410 Axe, .410 Caliber Pistol, serial number XAHFTL00691; (361) Bondarms Incorporated, Model Texas Defender,.357 Caliber Derringer Pistol, serial number 237083; (362) Bondarms Incorporated, Model Stinger, .22 Caliber Derringer Pistol, serial number SSS-004484; (363) Bondarms Incorporated, Model Snake Slayer, .45 Caliber Deringer Pistol, serial number 309288; (364) Bondarms Incorporated, Model Cyclops, .44 Caliber, serial number CY002743; (365) along with the following ammunition:

| Quantity | Manufacturer | Caliber |
|---|---|---|
| 60 | Remington | .35 |
| 75 | Federal | 20 ga |
| 200 | Blazer | .380 |
| 500 | Federal | 9mm |
| 50 | Rio | 20ga |
| 420 | Igman | .308 |
| 1000 | CCI | .22 |
| 20 | Sellier + Bellot | .300 |
| 40 | Winchester | .300 |
| 300 | STV Technology/Patriots sports LLC | 9mm |
| 750 | Magtech | 9mm |
| 401 | Winchester | 12ga |
| 150 | Rio | 12ga |
| 3600 | Igman | 7.62 x 39 |
| 1000 | Sterling | 7.62 x 39 |
| 142 | Federal | 12ga |
| 76 | Fiocchi | 12ga |
| 10 | Brenneke | 12ga |
| 1300 | PMC | 5.56 |
| 450 | Blazer | .45 |
| 140 | PMC | 762 x 51 |
| 30 | Igman | 762 x 39 |
| 50 | Armscor | 10mm |
| 60 | Alexander Arms | .50 |
| 60 | Hornady | .41 cal x .35 cal |
| 40 | Remington | 450 bushmaster |
| 40 | Rifle Line Ammunition | .303 British |
| 20 | Winchester | .45 auto |
| 10 | Winchester | .300 |
| 8 | Federal | .357 |
| 4 | Winchester | .38 spec |
| 1 | Browning | .38 spec |
| 3 | PMC | .38 spec |

| 1 | Peters | .38 spec |
|---|---|---|
| 1 | Blazer | .38 spec |
| 4 | Federal | .38 spec |
| 40 | Remington | .38 spec |
| 3 | Remington | 9mm |
| 30 | Hornady | 9mm |
| 45 | Barnaul | 9mm |
| 78 | Fiocchi | 9mm |
| 39 | Federal | 9mm |
| 1000 | Armscor | .223 |
| 25 | Winchester | 12g |
| 60 | PMC | .308 Winchester |
| 60 | Rifle Line-PPU | .30-30 Winchester |
| 250 | Blazer Ammunition | .380 |
| 20 | Winchester/Power Point | .300 savage |
| 100 | Sellier and Bellot | 10mm |
| 795 | Igman | 7.62 |
| 600 | Patriot Sports | .223 |
| 250 | Federal | .45 |
| 1750 | CCI | .22 LR |
| 150 | Armscor | 10mm |
| 40 | Remington | 30/30 Win |
| 60 | Remington | 30-06 SRRG |
| 1640 | PMC | 5.56 mm |
| 2500 | Federal | 9mm |
| 1000 | Magtech | 9mm |
| 1000 | Igman | .308 win |
| 1000 | STV Technology/Patriot | 9mm |
| 50 | Sellier & Bellot | 12 ga |
| 50 | Nobel | 12 ga |
| 50 | Fiocchi | 12 ga |
| 25 | Fiocchi | 12 ga |
| 30 | Sellier & Bellot | 12 ga |
| 100 | RIO Ammo | 12 ga |
| 40 | Hornady | 280 Ackley |
| 10 | Federal | 12 ga |
| 5 | Brenneke | 12 ga |
| 40 | Hornady | 6mm |
| 140 | STV Technology | .223 |
| 20 | Federal | 224 valkyrie |
| 100 | Winchester | 21 sharp |
| 40 | Hornady | 5.56 |
| 125 | Fiocchi | 12ga |
| 400 | Winchester | 12ga |

| 180 | Remington | .35 whelan |
|---|---|---|
| 40 | Remington | .35 remington |
| 40 | Remington | 30-06 |
| 40 | Red Army Standard | 7.62 |
| 20 | Fiocchi | .270 win |
| 20 | Remington | 12ga |
| 100 | PPU | 30-30 win |
| 20 | PPU | 22-250 rem |
| 80 | Remington | .308 win |
| 40 | Federal | 6.8 |
| 60 | Hornady | .308 |
| 40 | Hornady | .22 arc |
| 20 | Hornady | .338 arc |
| 20 | Remington | 30-06 |
| 20 | Remington | 360 Buc |
| 80 | Barnes | .243 win |
| 40 | Hornady | .300 bl |
| 80 | Winchester | .35 rem |
| 20 | Federal | 45-70 |
| 60 | Federal | .35 |
| 80 | Winchester | 350 legend |
| 80 | Barnes | 30-06 sprg |
| 40 | Federal | 7mm REM MAG |
| 20 | PMC | .308 win |
| 40 | Sig Sauer | .300 blk |
| 40 | Sellier & Bellot | 7mm |
| 40 | Winchester | .300 blk |
| 20 | PPU | .338 |
| 40 | Remington | 6.8mm |
| 160 | Sellier & Bellot | .300 Win Mag |
| 160 | PMC | .308 Winchester |
| 100 | Winchester | .223 |
| 120 | Hornady | 30-30 win |
| 320 | PMC | 5.56 mm |
| 52 | Winchester | 410ga |
| 100 | Winchester | 6.5 |
| 40 | PPU | 8mm mauser |
| 50 | Aguila | 410g |
| 10 | Federal | 20g |
| 10 | Federal | 16g |
| 25 | Federal | 12g |
| 80 | Alexander Arms | 350 |
| 25 | Aguila | 16g |
| 125 | Fiocchi | 410g |

| | | |
|---|---|---|
| 25 | Fiocchi | 28g |
| 100 | Rio | 410g |
| 50 | Rio | 20g |
| 15 | TSS | 410g |
| 60 | Aguila | .270 win |
| 40 | Remington | 20g |
| 5 | Hornady | 20g |
| 75 | Hornady | 12g |
| 40 | Hornady | 410g |
| 160 | PMC | 7.62 |
| 80 | Sellier & Bellot | 7.62 |
| 40 | PPU | 7.62 |
| 80 | Hornady | 450 |
| 60 | Hornady | 45-70 |
| 60 | PPU | 6.5mm |
| 20 | Remington | .280 |
| 20 | PPU | 7mm-08 |
| 140 | PPU | .303 British |
| 60 | PPU | 7.5 x 55 Swiss |
| 80 | PPU | 7mm |
| 80 | Winchester | .300 savage |
| 20 | PMC | .50 |
| 30 | Brenneke | 12g |
| 20 | Varmint Express | 6.5 |
| 75 | Hornady | .30 |
| 30 | Brenneke | 12g |
| 80 | Sellier & Bellot | 6.5 |
| 60 | Hornady | 300 Savage |
| 20 | Hornady | .270 |
| 73 | Federal | 12g |
| 20 | Hornady | 6.5 |
| 40 | Hornady | 7mm |
| 120 | Igman | 7.62 |
| 400 | Federal | .38 spl |
| 80 | CCL | 9mm |
| 20 | CCL | .38 spl |
| 50 | PPU | 9mm Makarov |
| 200 | Fiocchi | .38 spl |
| 60 | Hornady | .40 s&w |
| 60 | Underwood | .38 spl |
| 50 | Magtech | 9mm |
| 40 | Starline | .357 |
| 400 | Federal | .40 s&w |
| 450 | Blazer/CCI | .40 s&w |

| | | |
|---|---|---|
| 80 | Nosler | .40 s&w |
| 80 | Federal | .38 spl |
| 50 | Fiocchi | .380 |
| 100 | PPU | 9mm Makarov |
| 20 | Sig Sauer | .380 auto |
| 20 | Starline | 9mm |
| 150 | Fiocchi | .380 auto |
| 20 | Sig Sauer | .357 sig |
| 50 | Sellier & Bellot | .44 mag |
| 250 | Ammo Inc | .357 |
| 2870 | CCI | .22 |
| 350 | Winchester | .22 |
| 350 | Hornady | .22 |
| 100 | Hornady | .17 HMR |
| 500 | STV Technology/Patriots Sports LLC | 9mm |
| 50 | Hornady (black) | 5.7x20 |
| 780 | Federal | 9mm |
| 100 | Fiocchi | 7.62 |
| 1100 | Aquila | 9mm |
| 100 | PMC | .25 auto |
| 50 | Fiocchi (official) | .22 LR |
| 50 | Federal | .22 LR |
| 20 | Federal | .32 auto |
| 50 | Fiocchi | .32 s&w long |
| 1000 | Sterling | 9mm |
| 300 | Remington | .22 LR |
| 175 | Finocchi | 9mm |
| 150 | Federal | .22 LR |
| 50 | Sig Sauer | 9mm |
| 50 | Armscor | 9mm |
| 50 | PMC | 9mm |
| 20 | Liberty | 9mm |
| 20 | Hornady | .44 mag |
| 75 | Hornady | .357 |
| 125 | Hornady | .22 |
| 100 | Magtech | .43 Spanish |
| 60 | Fort Scott | 9mm |
| 250 | Magtech | 9mm |
| 200 | Hornady | 9mm |
| 100 | Ammo Inc | .357 mag |
| 50 | Sellier & Bellot | 9mm |
| 350 | CCI | .45 |
| 210 | Federal | .45 |
| 40 | HSM | .500 s+w |

| 40 | HSM | .460 s+w |
|---|---|---|
| 100 | Sellier & Bellot | .45 |
| 80 | Hornady | .50 AE |
| 100 | Hornady | 9mm |
| 240 | Armscor | 10mm |
| 60 | Armscor | .44 mag |
| 40 | Armscor | .40 s&w |
| 60 | Federal | 10mm |
| 75 | PMC | .44 s&w |
| 20 | Magtech | .454 |
| 50 | Magtech | .357 |
| 20 | Nosler | .45 |
| 80 | Nosler | 9mm |
| 20 | Speer | 10mm |
| 20 | STV/Patriot | .223 |
| 50 | Blazer | .450 |
| 50 | Blazer | .380 |
| 20 | Winchester | .300 Win Mag |
| 25 | Rico Cartrigo / Sofiam Iberica | .410 GA |
| 20 | PMC | 5.56 |
| 25 | Fiocchi | 12 ga |
| 20 | HSM | 500 S&W |
| 12 | Remington | .380 |
| 20 | Remington | 30-06 |
| 20 | PMC | .308 Win |
| 50 | Federal | .38 SPL |
| 50 | Winchester | .22 |
| 50 | CCI | .22 |
| 50 | Hornady | .17 HMR |
| 22 | Sellier & Bellot | 10mm |
| 1 | Federal | .40 |
| 18 | CCI | .22 |
| 28 | Remington | .22 |
| 6 | X-Treme | 10mm |
| 7 | Federal | .22 |
| 1 | Winchester | .22 |
| 15 | Aguila | .22 |
| 2000 | Sterling | 9mm |

Dated:

ERIN CREEGAN
United States Attorney

/s/ Christopher Marin
Christopher Marin

Special Assistant U.S. Attorney

/s/ Yasir Sadat
Yasir Sadat
Assistant U.S. Attorney