001

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **25-cr-** 13-01-JL |
| | ) | |
| DOUG MULLIGAN | ) | |

---

## PLEA AGREEMENT

Pursuant to Rules 11(c)(1)(A) and (B) of the Federal Rules of Criminal Procedure, the United States of America by its attorney, Erin Creegan, United States Attorney for the District of New Hampshire, and the defendant, Doug Mulligan, and the defendant's attorney, Richard Guerriero, Esquire, enter into the following Plea Agreement:

1.  The Plea and the Offense.

The defendant agrees to waive his right to have this matter presented to a grand jury and plead guilty to an Information charging him with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

In exchange for the defendant's guilty plea, the United States agrees to the sentencing stipulations identified in Section 6 of this agreement.

2.  The Statute and Elements of the Offense.

Title 18, United States Code, Section 922(g)(1) provides, in pertinent part:

> It shall be unlawful for any person . . . who has been convicted in any court, of, a crime punishable by imprisonment for a term exceeding one year; to . . . possess in or affecting commerce, any firearm.

18 U.S.C. § 922(g)(1).

The defendant understands that the offense has the following elements, each of which the United States would be required to prove beyond a reasonable doubt at trial:

First, that the defendant, knowingly possessed the firearm described in the indictment;

Second, that at the time the defendant possessed the firearm, the defendant had been convicted in any court of a felony, meaning a crime punishable by imprisonment for a term exceeding one year;

Third, that the defendant knew at the time that he possessed the firearm or ammunition that he had been convicted in any court for a crime punishable by imprisonment for a term exceeding one year; and

Fourth, the firearm, at any time after they were manufactured, moved from one state to another.

*Pattern Criminal Jury Instructions for the District Courts of the First Circuit,* Instruction 4.18.922(g), "Unlawful Possession of a Firearm or Ammunition in or Affecting Commerce," instruction last updated December 8, 2023, available online at: https://www.med.uscourts.gov/sites/med/files/crpjilinks.pdf (last visited March 11, 2026).

3. Offense Conduct.

The defendant stipulates and agrees that if this case proceeded to trial, the government would introduce evidence of the following facts, which would prove the elements of the offenses beyond a reasonable doubt:

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Homeland Security Investigations (HSI), and the U.S. Department of Commerce's Bureau of Industry and Security (BIS) are leading an investigation into a transnational criminal organization involved in international firearms smuggling originating in New Hampshire. ATF and HSI have been assisted, throughout this investigation, by various agencies including Customs and Border Protection (CBP), Ontario Provincial Police (OPP), Saint Regis Mohawk Tribal Police (SRMTP), Akwesasne Mohawk Police Service (AMPS), and Sûreté du Québec. To date, ATF and HSI have identified more than forty firearms that have been straw purchased in New Hampshire and trafficked through Vermont and into New York State and/or Canada. The criminal organization traffics firearms through various Mohawk reservations with the ultimate

destination ending in Canada. These firearms have been recovered at various Canadian crime scenes in the hands of members or suspected members of organized crime

Throughout the investigation, ATF and HSI have conducted multiple interviews of individuals involved in the firearm trafficking organization. Through these interviews, law enforcement learned that someone from American Trikes & Motorsports had alerted the targets to the ongoing federal investigation by leaving a note stating "ATF is watching u" on the windshield of one of their vehicles when they were trying to straw purchase more firearms.



On October 9, 2025, ATF and HSI agents went to go interview the defendant, Doug Mulligan, at American Trikes & Motorsports to confront him about the note. When the agents approached the defendant, he addressed them from behind the gun display case and asked, "are we treating you ok?" The agents discussed the gun trafficking investigation with the defendant and then informed him that the subjects of the investigation received a warning note. ATF and HSI agents asked the defendant if he wrote the note, claiming forensic analysis linked his handwriting to the note, and the defendant stated that he wrote the note.

As part of the investigative process, ATF also ran records checks on the defendant. A criminal history check revealed that on or about March 10, 1976, the defendant, Doug Mulligan, was tried and convicted in the District Court of Northern Worcester (Massachusetts), to two counts of Receiving a Stolen Motor Vehicle, in violation of Mass Gen Laws, Chapter 266, §28, under docket number 546373ZZ and 546374ZZ. At the time, the sentence the defendant could have received was imprisonment in the state prison for not more than ten years or by imprisonment in jail or house of correction for not more than two- and one-half years or by a fine of not more than five thousand dollars, or both fine and imprisonment.

On November 6, 2025, ATF, HSI, the Keene Police Department, and the Saint Regis Mohawk Tribal Police, executed a District of New Hampshire federal search warrant at American Trikes and Motorsports for evidence in the ongoing transnational criminal investigation. Law enforcement seized evidence pursuant to the search warrant, including surveillance equipment and firearm transaction records.

While reviewing the seized video surveillance, ATF agents observed that, on November 5, 2025, at approximately 3:00 p.m., the defendant, Doug Mulligan, assisted a customer who walked into the store with a gray case. The customer is observed taking a Sig Sauer, P365, 9x19mm, semiautomatic pistol, bearing serial number 66B531959, from the gray case and handing it to the defendant. The defendant is observed racking the slide of the firearm. He subsequently inserted and removed a magazine from the firearm. After a brief exchange, the customer provided an identification card to the defendant. The defendant took the card and the firearm to the back room of the store. At approximately 3:10 p.m., the defendant returned to the customer, without the firearm, and walked over to the store's computer where the remainder of the transaction took place. The defendant and the customer then filled out paperwork. Shortly

after, the defendant returned the identification card to the customer and the two shook hands. The customer departed the store without the firearm. Additionally, law enforcement reviewed a receipt that was recovered from the store's computer that was dated and time-stamped for November 5, 2025, at 3:15 p.m. The receipt documented a firearm transaction at American Trikes and Motorsports for the purchase of a Sig Sauer, P365, 9x19mm, semiautomatic pistol, bearing serial number 66B531959, for $300 in United States Currency from a customer.

An ATF Interstate Nexus Expert physically examined the Sig Sauer, P365, 9x19mm, semiautomatic pistol, bearing serial number 66B531959, and determined that the firearm was sent out-of-state to Maine during the manufacturing process and, after it was serialized, subsequently returned to New Hampshire for final assembly.

4.  Penalties, Special Assessment and Restitution.

The defendant understands that the penalties for the offense are:

A.  A maximum prison term of ~~a maximum prison term of~~ 15 years for possession of a firearm by a prohibited person (18 U.S.C. § 924(a)(8)).

B.  A maximum fine of $250,000 (18 U.S.C. § 3571);

C.  A term of supervised release of not more than 3 years (18 U.S.C. § 3583). The defendant understands that the defendant's failure to comply with any of the conditions of supervised release may result in revocation of supervised release, requiring the defendant to serve in prison all or part of the term of supervised release, with no credit for time already spent on supervised release; and

D.  A mandatory special assessment of $100 for the count of conviction, at or before the time of sentencing (18 U.S.C. § 3013(a)(2)(A)).

5.  Sentencing and Application of the Sentencing Guidelines.

The defendant understands that the Sentencing Reform Act of 1984 applies in this case and that the Court is required to consider the United States Sentencing Guidelines as advisory guidelines. The defendant further understands that he has no right to withdraw from this Plea

Agreement if the applicable advisory guideline range or his sentence is other than what he anticipated. The defendant also understands that the United States and the United States Probation Office shall:

A.    Advise the Court of any additional, relevant facts that are presently known or may subsequently come to their attention;

B.    Respond to questions from the Court;

C.    Correct any inaccuracies in the pre-sentence report;

D.    Respond to any statements made by him or his counsel to a probation officer or to the Court.

The defendant understands that the United States and the Probation Office may address the Court with respect to an appropriate sentence to be imposed in this case.

The defendant acknowledges that any estimate of the probable sentence or the probable sentencing range under the advisory Sentencing Guidelines that he may have received from any source is only a prediction and not a promise as to the actual sentencing range under the advisory Sentencing Guidelines that the Court will adopt.

6. Sentencing Stipulations and Agreements.

Pursuant to Fed. R. Crim. 11(c)(1)(B), the United States and the defendant stipulate and agree to the following:

(a)    The United States will recommend that the defendant be sentenced at the bottom of the applicable advisory sentencing guidelines range as determined by the Court.

The defendant understands that the Court is not bound by the foregoing agreements and, with the aid of a pre-sentence report, the Court will determine the facts relevant to sentencing. The defendant also understands that if the Court does not accept any or all of those agreements,

such rejection by the Court will not be a basis for the defendant to withdraw his guilty plea.

The defendant understands and agrees that the United States may argue that other sentencing enhancements should be applied in determining the advisory guideline range in this case, and he is permitted to object to them.

The United States and the defendant are free to make recommendations with respect to the terms of imprisonment, fines, conditions of probation or supervised release, and any other penalties, requirements, and conditions of sentencing as each party may deem lawful and appropriate, unless such recommendations are inconsistent with the terms of this Plea Agreement.

7. <u>Acceptance of Responsibility</u>.

The United States agrees that it will not oppose an appropriate reduction in the defendant's adjusted offense level, under the advisory Sentencing Guidelines, based upon the defendant's apparent prompt recognition and affirmative acceptance of personal responsibility for the offense. The United States, however, may oppose any adjustment for acceptance of responsibility if the defendant:

A.  Fails to admit a complete factual basis for the plea at the time he is sentenced or at any other time;

B.  Challenges the United States' offer of proof at any time after the plea is entered;

C.  Denies involvement in the offense;

D.  Gives conflicting statements about that involvement or is untruthful with the Court, the United States or the Probation Office;

E.  Fails to give complete and accurate information about his financial status to the Probation Office;

F.  Obstructs or attempts to obstruct justice, prior to sentencing;

G.   Has engaged in conduct prior to signing this Plea Agreement which reasonably could be viewed as obstruction or an attempt to obstruct justice, and has failed to fully disclose such conduct to the United States prior to signing this Plea Agreement;

H.   Fails to appear in court as required;

I.   After signing this Plea Agreement, engages in additional criminal conduct; or

J.   Attempts to withdraw his guilty plea.

The defendant understands and agrees that he may not withdraw his guilty plea if, for any of the reasons listed above, the United States does not recommend that he receive a reduction in his sentence for acceptance of responsibility.

The defendant also understands and agrees that the Court is not required to reduce the offense level if it finds that he has not accepted responsibility.

If the defendant's offense level is sixteen or greater, and he has assisted the United States in the investigation or prosecution of his own misconduct by timely notifying the United States of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently, the United States will move, at or before sentencing, to decrease the defendant's base offense level by an additional one level pursuant to U.S.S.G. § 3E1.1(b).

8.   <u>Waiver of Trial Rights and Consequences of Plea</u>.

The defendant understands that he has the right to be represented by an attorney at every stage of the proceeding and, if necessary, one will be appointed to represent him. The defendant also understands that he has the right:

A.   To plead not guilty or to maintain that plea if it has already been made;

B.   To be tried by a jury and, at that trial, to the assistance of counsel;

C.    To confront and cross-examine witnesses;

D.    Not to be compelled to provide testimony that may incriminate him; and

E.    To compulsory process for the attendance of witnesses to testify in his defense.

The defendant understands and agrees that by pleading guilty he waives and gives up the foregoing rights and that upon the Court's acceptance of his guilty plea, he will not be entitled to a trial.

The defendant understands that if he pleads guilty, the Court may ask him questions about the offense, and if he answers those questions falsely under oath, on the record, and in the presence of counsel, his answers will be used against him in a prosecution for perjury or making false statements.

9.   Acknowledgment of Guilt; Voluntariness of Plea.

The defendant understands and acknowledges that he:

A.    Is entering into this Plea Agreement and is pleading guilty freely and voluntarily because he is guilty;

B.    Is entering into this Plea Agreement without reliance upon any promise or benefit of any kind except as set forth in this Plea Agreement or revealed to the Court;

C.    Is entering into this Plea Agreement without threats, force, intimidation, or coercion;

D.    Understands the nature of the offense to which he is pleading guilty, including the penalties provided by law; and

E.    Is completely satisfied with the representation and advice received from his undersigned attorney.

10.   Scope of Agreement.

The defendant acknowledges and understands that this Plea Agreement binds only the undersigned parties and cannot bind any other non-party federal, state or local authority. The defendant also acknowledges that no representations have been made to him about any civil or

administrative consequences that may result from his guilty plea. The defendant further acknowledges that this Plea Agreement has been reached without regard to any civil tax matters that may be pending or which may arise involving the defendant.

11.   Collateral Consequences.

The defendant understands that as a consequence of his guilty plea he will be adjudicated guilty and may thereby be deprived of certain federal benefits and certain rights, such as the right to vote, to hold public office, to serve on a jury, or to possess firearms.

The defendant understands that, if he is not a citizen of the United States, his guilty plea to the charged offense will likely result in his being subject to immigration proceedings and removed from the United States by making him deportable, excludable, or inadmissible. The defendant also understands that if he is a naturalized citizen, his guilty plea may result in ending his naturalization, which would likely subject him to immigration proceedings and possible removal from the United States. The defendant understands that the immigration consequences of this plea will be imposed in a separate proceeding before the immigration authorities. The defendant wants and agrees to plead guilty to the charged offense regardless of any immigration consequences of this plea, even if this plea will cause his removal from the United States. The defendant understands that he is bound by his guilty plea regardless of any immigration consequences of the plea. Accordingly, the defendant waives any and all challenges to his guilty plea and to his sentence based on any immigration consequences and agrees not to seek to withdraw his guilty plea, or to file a direct appeal or any kind of collateral attack challenging his guilty plea, conviction, or sentence, based on any immigration consequences of his guilty plea.

12.   Satisfaction of Federal Criminal Liability; Breach.

The defendant's guilty plea, if accepted by the Court, will satisfy his federal criminal

liability in the District of New Hampshire arising from his participation in the conduct that forms the basis of the information in this case.

The defendant understands and agrees that, if after entering this Agreement, he fails specifically to perform or fulfill completely each one of his obligations under this Agreement, fails to appear for sentencing, or engages in any criminal activity prior to sentencing, he will have breached this Agreement.

If the United States, in its sole discretion, and acting in good faith, determines that the defendant committed or attempted to commit any further crimes, failed to appear for sentencing, or has otherwise violated any provision of this Agreement, the United States will be released from its obligations under this Agreement, including, but not limited to, any agreement it made to dismiss charges, forbear prosecution of other crimes, or recommend a specific sentence or a sentence within a specified range. The defendant also understands that he may not use his breach of this Agreement as a reason to withdraw his guilty plea or as a basis to be released from his guilty plea.

13.  Forfeiture

The defendant agrees to immediately and voluntarily forfeit to the United States his interest, if any, in any and all assets subject to forfeiture pursuant to 18 U.S.C. §§ 924(d) and 28 U.S.C. § 2461(c), as a result of his guilty plea, including, but not limited to the firearms and ammunition set forth in Attachment A to this Plea Agreement.

The defendant agrees and consents to the forfeiture of his interest in these assets pursuant to any criminal, civil and/or administrative forfeiture action brought to forfeit these assets.

None of the forfeitures set forth in this section shall be deemed to satisfy or offset any fine, restitution, cost of imprisonment, or other penalty imposed upon the defendant, nor shall the

forfeitures be used to offset the defendant's tax liability or any other debt owed by the defendant to the United States.

The defendant agrees to waive all constitutional, statutory, and any other challenges in any manner, including, without limitation, by direct appeal and/or habeas corpus, to any forfeiture carried out in accordance with this Plea Agreement on any grounds, including the following: (1) the forfeiture constitutes an excessive fine or punishment under the Eighth Amendment to the U.S. Constitution; (2) failure to comply with any and all requirements of Fed. R. Crim. P. 11(b)(1)(J) pertaining to the Court's advice at the change of plea hearing; and, (3) failure to comply with any and all requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment. The defendant further acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case.

The defendant waives and releases any and all claims he may have to any property seized by the United States, or any state or local law enforcement agency and turned over to the United States, during the investigation and prosecution of this case, whether forfeited or not. The defendant agrees to hold the United States, its agents, and employees, and any state or local law enforcement agency participating in the investigation and prosecution of this case, harmless from any claims whatsoever in connection with the seizure and forfeiture, as well as the seizure, detention and return of any property in connection with the investigation and prosecution of this case.

The defendant acknowledges that the properties to be forfeited under this section are subject to forfeiture as property facilitating or involved in illegal conduct.

14.  <u>Waivers</u>.

A.  Appeal.

The defendant understands that he has the right to challenge his guilty plea and/or sentence on direct appeal. By entering into this Plea Agreement the defendant knowingly and voluntarily waives his right to challenge on direct appeal:

1.    His guilty plea and any other aspect of his conviction, including, but not limited to, adverse rulings on pretrial suppression motion(s) or any other adverse disposition of pretrial motions or issues, or claims challenging the constitutionality of the statute of conviction; and

2.    The sentence imposed by the Court if it is within, or lower than, the guideline range determined by the Court, or if it is imposed pursuant to a minimum mandatory sentence.

The defendant's waiver of his rights does not operate to waive an appeal based upon new legal principles enunciated in Supreme Court or First Circuit case law after the date of this Plea Agreement that have retroactive effect; or on the ground of ineffective assistance of counsel.

B.  Collateral Review

The defendant understands that he may have the right to challenge his guilty plea and/or sentence on collateral review, e.g., a motion pursuant to 28 U.S.C. §§ 2241 or 2255.   By entering into this Plea Agreement, the defendant knowingly and voluntarily waives his right to collaterally challenge:

1.    His guilty plea, except as provided below, and any other aspect of his conviction, including, but not limited to, adverse rulings on pretrial suppression motion(s) or any other adverse disposition of pretrial motions or issues, or claims challenging the constitutionality of the statute of conviction; and

2.    The sentence imposed by the Court if it is within, or lower than, the guideline range determined by the Court, or if it is imposed pursuant to a minimum mandatory sentence.

The defendant's waiver of his right to collateral review does not operate to waive a collateral challenge to his guilty plea on the ground that it was involuntary or unknowing, or on the ground of ineffective assistance of counsel. The defendant's waiver of his right to collateral review also does not operate to waive a collateral challenge based on new legal principles enunciated by in Supreme Court or First Circuit case law decided after the date of this Plea Agreement that have retroactive effect.

C. Freedom of Information and Privacy Acts

The defendant hereby waives all rights, whether asserted directly or through a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of the case(s) underlying this Plea Agreement, including without limitation any records that may be sought under the Freedom of Information Act, 5 U.S.C. §552, or the Privacy Act of 1974, 5 U.S.C. §522a.

D. Appeal by the Government

Nothing in this Plea Agreement shall operate to waive the rights or obligations of the Government pursuant 18 U.S.C. § 3742(b) to pursue an appeal as authorized by law.

15. No Other Promises.

The defendant acknowledges that no other promises, agreements, or conditions have been entered into other than those set forth in this Plea Agreement or revealed to the Court, and none will be entered into unless set forth in writing, signed by all parties, and submitted to the Court.

16. Final Binding Agreement.

None of the terms of this Plea Agreement shall be binding on the United States until this Plea Agreement is signed by the defendant and the defendant's attorney and until it is signed by the United States Attorney for the District of New Hampshire, or an Assistant United States

Attorney.

17.   <u>Agreement Provisions Not Severable</u>.

The United States and the defendant understand and agree that if any provision of this Plea Agreement is deemed invalid or unenforceable, then the entire Plea Agreement is null and void and no part of it may be enforced.

ERIN CREEGAN

United States Attorney

Date:   03/13/2026 _____

By: *Christopher Marin* _____
Christopher Marin
Special Assistant United States Attorney
New York Bar Association #5530068
Massachusetts Bar Association #718132
53 Pleasant St., 4th Floor
Concord, NH 03301
Christopher.Marin@usdoj.gov

M. Yasir Sadat
Assistant United States Attorney
53 Pleasant St., 4th Floor
Concord, NH 03301
Yasir.Sadat@usdoj.gov

The defendant, Doug Mulligan, certifies that he has read this 15-page Plea Agreement and that he fully understands and accepts its terms.

Date:   2026-03-13 _____                    _____
Doug Mulligan, Defendant

I have read and explained this 15-page Plea Agreement to the defendant, and he has advised me that he understands and accepts its terms.

Date:   2026-03-13 _____                    _____
Richard Guerriero, Esquire    NH Bar 10530
Attorney for Doug Mulligan

United States of America v. Doug Mulligan

Attachment A:

(1) a set of metal Glock style rail/internal components; (2) a magazine with five .45 caliber rounds found in seat pocket of Defendant's truck; (3) a Hatfield Gun Company, Model SGL, 12 Gauge Shotgun, serial number 12S22-002644; (4) a Francolin International Arms Company, Model Pointer Pup, .410 Shotgun, serial number 205-25PU1085; (5) Winchester, Model 12, 16 Gauge Shotgun, serial number 1235845; (6) Khan Shotguns, Model Trinity, 20 Gauge Shotgun, serial number BL20001470; (7) Radikal Arms, Model Sax-2, 12 Gauge Shotgun, serial number 21-00966; (8) Khan Shotguns, Model Cobra, 41 Gauge Shotgun, serial number 22P4109504; (9) Citadel (KRC AV), Model GF1, 12 Gauge Shotgun, serial number CSBS-24KR10121; (10) Francolin International Arms Company, Model PAX, 12 Gauge Shotgun, serial number 20-85919; (11) Francolin Arms, Model GF1, 12 Gauge Shotgun, serial number 20-26839; (12) Kral AV Sanayi/Reximex, Model Raptor, 20 Gauge Shotgun, serial number KRA033627; (13) Mossberg, Model 590RM, 12 Gauge Shotgun, serial number RM000758; (14) Armsan Silah Sanayi, Model Viper, 12 Gauge Shotgun, serial number D21M06074; (15) Browning, Model Invector, 12 Gauge Shotgun, serial number 26395NZ152; (16) Mossberg, Model 930, 12 Gauge Shotgun, serial number AF0081673; (17) Browning, Model Special Steel, 12 Gauge Shotgun, serial number 7834C67; (18) Franchi, Model Affinity, 12 Gauge Shotgun, serial number BL031592H; (19) Stefano Fausti, Model Class, 12 Gauge Shotgun, serial number FA00122; (20) KHN, Model TT, 12 Gauge Shotgun, serial number 17N3195; (21) Mossberg, Model 500, 12 Gauge Shotgun, serial number U616269; (22) Torun Arms (Torun Silah San LTD STI), Model Nomad, 12 Gauge Shotgun, serial number 12SB25-000111; (23) Mossberg, Model 590, 410 Shotgun, serial number V1971586; (24) Kirci Silah Sanayi (KRC AV), Model Boss SS Coach, 12 Gauge Shotgun, serial number CSBS-23KR5903, (25) Khan Shotguns, Model TT-15, 12 Gauge Shotgun, serial number 17N4570; (26) Khan Shotguns, Model TT-15, 12 Gauge Shotgun, serial number 19N10349; (27) Mossberg, Model 590, 12 Gauge Shotgun, serial number V2096388; (28) Mossberg, Model 590, 12 Gauge Shotgun, serial number V2000051; (29) Girsan, Model MC312, 12 Gauge Shotgun, serial number 20-05601; (30) Olympic Arms Incorporated (SGW Enterprises and Safari Arms), Model MFR, Multi-Caliber Rifle, serial number SM2309; (31) Henry Repeating Rifle Company, Model H00SR, .22 Caliber Rifle, serial number 5000007; (32) Winchester, Model Wildcat 22, .22 Caliber Rifle, serial number TF614-22M30318; (33) Savage, Model Axis, .243 Caliber Rifle, serial number K272646; (34) Ruger, Model American Rifle, .308 Caliber Rifle, serial number 690905251; (35) Savage, Model 110, 30-06 Caliber Rifle, serial number N335514; (36) Bergara Europe, Model B-14, 30-06 Caliber Rifle, serial number 61-06-208052-19; (37) CBC (Companhia Braziliera De Cartuchos, Model H004Y, .22 Caliber Rifle, serial number 7C6015251N; (38) Savage, Model 110, 30-06 Caliber Rifle, serial number N760931; (39) Mossberg, Model MVP, 5.56 Caliber Rifle, serial number MVP000917; (40) Henry Repeating Rifle Company, Model H004Y, .22 Caliber Rifle, serial number GB26475Y; (41) Colt, Model Carbine, 5.56 Rifle, serial number CR068037; (42) Ruger,

1

United States of America v. Doug Mulligan

Attachment A:

Model AR-556, 5.56 Rifle, serial number 1851-90063; (43) Keltec CNC Industries Incorporated, Model SUB-2000, 9mm Rifle, serial number 25E5S44; (44) WWI (Windham Weaponry Incorporated), Model WW-15, 5.56 Rifle, serial number WW070855; (45) Ruger, Model 10/22 Sporter, .22 Caliber Rifle, serial number RCS8-03048; (46) Ruger, Model Mini 14, 5.56 Caliber Rifle, serial number 585-07189; (47) Rhineland Arms, Model FG-9, 9mm Rifle, serial number SN-175; (48) Henry Repeating Rifle Company, Model H010X, 45-70 Caliber Rifle, serial number XFFS25787; (48) Savage Arms Incorporated (CD), Model Mark II, .22 Caliber Rifle, serial number 3905767; (49) CBC (Companhia Braziliera De Cartuchos), Model Rossi Rio Bravo, .22 Caliber Rifle, serial number 7CL069271R; (50) Savage, Model 42, .22 Caliber Rifle, serial number 4651927; (51) Ruger, Model 10/22, .22 Caliber Rifle, serial number CS16-00164; (52) Ruger, Model Gunsite Scout, .308 Caliber Rifle, serial number 681-03502; (53) Radikal Arms, Model RF-15, 5.56 Caliber Rifle, serial number 25-025872; (54) Model Carbine, 5.56 Rifle, serial number CR813942; (55) Rock River Arms Incorporated, Model LAR-PDSM, 5.56 Rifle, serial number HS2000600; (56) Savage, Model AXIS, .65 Caliber Rifle, serial number R380714; (57) Savage Arms Incorporated (CD), Model RASCAL, .22 Caliber Rifle, serial number 2747183; (58) Wilson Combat, Model Protector, 5.56 Caliber Rifle, serial number WCA32717; (59) Model Colt Defense , 5.56 Caliber, serial number CR039449; (60) Century Arms International, Model VSKA, 7.62 Caliber Rifle, serial number SV7115939; (61) Ruger, Model Precision Rifle, .65 Caliber Rifle, serial number CS11-01284 (62) Ruger, Model Precision Rimfire, .22 Caliber Rifle, serial number 841-77219; (63) Ruger, Model AR-556, 5.56 Caliber Rifle, serial number 1851-73581; (64) Windham Weaponry, Model WW-PS, 5.56 Caliber Rifle, serial number PS005654; (65) Century Arms International, Model BFT47, 7.62 Caliber Rifle, serial number BFT47025862; (66) Savage Arms Incorporated (CD), Model B22, .22 Caliber Rifle, serial number 3582911; (67) Smith and Wesson, Model M&P 10, .308 Caliber Rifle, serial number KN00789; (68) SAKO, Model L57, .308 Caliber Rifle, serial number 2683; (69) Springfield Armory, Geneseo, IL, Model Saint Edge, .223 Caliber Rifle, serial number PC007977; (70) Mossberg, Model Patriot, .308 Caliber Rifle, serial number MPR0526265; (71) Remington Arms Company Incorporated, model 783; .308 Caliber Rifle, serial number RAR20838; (72) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0026-17693; (73) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0021-11367; (74) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0026-79081; (75) Ruger, Model, 10/22, .22 Caliber Rifle, serial number 0020-87099; (76) Colt, Model AR-15, 5.56 Caliber Rifle, serial number 761546V (77) Ruger, Model AR-556, 5.56 Caliber Rifle, serial number 851-90065; (78) Diamondback Arms Incorporated, Model DB-15, .300 Caliber Rifle, serial number DB3213033; (79) Ruger, Model American Rifle, .308 Caliber Rifle, serial number 690779912; (80) Smith and Wesson, Model FPC, 9mm Rifle, serial Number VA71005; (81) Ruger, Model LC Carbine, 10 Caliber Rifle, serial number 930-67371; (82) Keltec CNC Industries Incorporated, Model Sub-2000, 10 Caliber Rifle,

2

018

United States of America v. Doug Mulligan

Attachment A:

serial number 25J0261; (83) Umarex Sportwaffen GMBH & CO. KG, Model HK MP5, .22 Caliber Rifle, serial number HD088083; (84) POF USA (Patriot Ordnance Factory), Model Revolution, 5.56 Caliber Rifle, serial number 29H-2100884; (85) Sig Sauer (Sig-Arms), Model Spear LT, 7.62 Caliber rifle serial number 63J009230; (86) Sig-Sauer, Model 716, .308 Caliber Rifle, serial number 22M031570; (87) Diamondback, Model BD10, 65 Caliber Rifle, serial number DB-1110848; (88) Smith and Wesson, Model 629 Competitor, .44 Caliber Revolver, serial number DZC9370; (89) Taurus, Model Raging Hunter, .44 Caliber Revolver, serial number ACL569151; (90) Smith and Wesson, Model 500 Magnum, 500 Caliber Revolver, serial number EDU1852; (91) Colt, Model Python, .357 Caliber Revolver, serial number PY362020; (92) Ruger, Model SP101, .22 Caliber Revolver, serial number 570-74989; (93) Ruger, Model Super Blackhawk Hunt, .44 Caliber Revolver, serial number 85-39178; (94) Smith and Wesson, Model 581; .357 Caliber Revolver, serial number ACJ3956; (95) Ruger, Model LCR, .38 Caliber Revolver, serial number 540-83874; (96) Smith and Wesson, Model .500 Magnum, .500 Caliber Revolver, serial number DRT2406 (97) Charter Arms, Shelton, CT (Charter 2000), Model Target Pathfinder, .22 Caliber Revolver, serial number 24L04818; (98) Taurus, Model 942, .22 Caliber Revolver, serial number AHE963291; (99) Taurus, Model 605 Defender, .357 Caliber Revolver, serial number AED286944; (100) Taurus, Model: 856 Defender, .38 Caliber Revolver, serial number ADG448795; (101) Ruger, Model GP100, .357 Caliber Revolver, serial number 17955218; (102) Taurus, Model Tracker, .44 Caliber Revolver, serial number AGM653617; (103) Taurus, Model The Judge, .45/410 Caliber Revolver, serial number AEH620354; (104) Colt, Model Combat Python, .357 Caliber Revolver, serial number PY343448; (105) Heritage Manufacturing Incorporated, Model Rough Rider, .22 Caliber Revolver, serial number 3PH383163; (106) Standard Manufacturing company LLC, Model S333 Thunderstruck, .22 Caliber Revolver, serial number SVF028915; (117) Smith and Wesson, Model M&P Bodyguard, .38 Caliber Revolver, serial number CWK6935; (108) Smith and Wesson, Model Bodyguard CT, .38 Caliber Revolver, serial number CWK5857; (109) Smith and Wesson Model 442, .38 Caliber Revolver, serial number DPV1533; (110) Smith and Wesson Model 442, .38 Caliber Revolver, serial number DPU6624; (111) Taurus, Model 856, .38 Caliber Revolver, serial number AEG506391; (112) Taurus, Model 856, .38 Caliber Revolver, serial number AEH572523; (113) Taurus, Model 605, .357 Caliber Revolver, serial number AGG255190; (114) Charter Arms Shelton, CT (Charter 2000), Model Coyote, .38 Caliber Revolver, serial number 24L09126; (115) North American Arms, Model The Ranger, .22 Caliber Revolver, serial number BTN03578 (116) North American Arms, Model PUG, .22 Caliber Revolver, serial number TQP00057; (117) North American Arms, Model Black Widow, .22 Caliber Revolver, serial number R402466; (118) Weihrauch, Hermann, Model ARM 357, .357 Caliber Revolver, serial number P3054; (119) Colt, Model King Cobra, .357 Caliber Revolver, serial number RA402104; (120) Taurus, Model 605 Protector Poly, .357 Caliber Revolver, serial number AHB777393;

3

United States of America v. Doug Mulligan

Attachment A:

(121) Standard Manufacturing Company LLC, Model S333 Thunderstruck, .22 Caliber Revolver, serial number SVF027367; (122) Unknown Manufacturer, Model -- , Caliber, unknown, receiver and frame, serial number; (123) Polymer 80 Incorporated (P80 Tactical P80), Model: PFC9 Compact, Caliber -- , receiver and frame, serial number CA11296; (124) Sharps Bros, Model Jack 10, Caliber multi, receiver and frame, serial number, J10-03087; (125) Sharps Bros, Model Jack 9, Caliber Multi, receiver and frame, serial number J9-01432; (126) DEL-TON Incorporated, Model DTI-15, Caliber Multi, receiver and frame, serial number DTI-A006394; (127) DEL-TON Incorporated, Model DTI-15, Caliber Multi, Receiver and Frame, serial number DTI-A006393; (128) DEL-TON Incorporated, Model DTI-15, Caliber Multi, Receiver and Frame, serial number DTI-A006391; (129) Manufacturer --, Model Spartan, Caliber Multi, Receiver and Frame, serial number SH04522; (130) Palmetto State Armory, Model PA-15, Caliber Multi, receiver and frame, serial number SCNL218848; (131) Kimber, Model Troy CDS9, 9mm caliber Pistol, serial number AD000541 (132) CZ (Ceska Zbrojovka), Model CZ2075 D Rami, 9mm Caliber Pistol, serial number C484861; (133) Keltec, Model PR57, .28 Caliber Pistol, serial number 25H2L81; (134) CZ (Ceska Zbrojovka), Model CZ75 SP-01 Tactical, .40 Caliber Pistol, serial number C250913; (135) Masterpiece Arms, Model Defender, 9mm Caliber Pistol, serial number FX65392; (136) Heckler and Koch, Model P30, .40 Caliber Pistol, serial number 219-015228; (137) Sig Sauer (Sig Arms), Model P226, 9mm Caliber Pistol, serial number 47E097125; (138) Sig Sauer (Sig Arms), Model P220 Elite, 10mm Caliber Pistol, serial number 37F011866; (139) Magnum Research, Model Desert Eagle, .50 Caliber Pistol, serial number DK0132964; Glock Incorporated, Model 22GEN4, .40 Caliber Pistol, serial number WPF450; (140) Keltic CNC Industries Incorporated, Model PMR-30, .22 Caliber Pistol, serial number WYCB97; (141) Umarex Sportwaffen GMBH & Co. KG, Model FN 502 Tactical, .22 Caliber Pistol, serial number LR021394; (142) Sig-Sauer, Model P232, .380 Caliber Pistol, serial number S239671; (143) Taurus, Model, PT92AF-D, 9mm Pistol, serial number TLY97952; (144) CZ (Ceska Zbrojovka, Model CZ P-10F, 9mm Pistol, serial number G133257; (145) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number BVSS197; (146) Sig Sauer (SIG-ARMS), Model P239, 9mm Pistol, serial number 45A046790; (147) Sig Sauer (SIG-ARMS), Model P239, 9mm Pistol, serial number 56A004998; (148) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number JCR4902; (149) Shadow Systems, LLC, Model MR920, 9mm Pistol, serial number SSC063888; (150) Springfield Armory, Geneseo, IL, Model Ronin Operator, 10mm Pistol, serial number NM939705; (151) TISAS – Trabzon Gun Industry Corporation, Model Yukon, 10mm Pistol, serial number T0620-23DB0022; (152) Kimber, Model Custom TLE/RL II, 10mm Pistol, serial number KF145717; (153) German Sports Guns, Model GSG Firefly, .22 Caliber Pistol, serial number F520889; (154) Bersa, Model 22, .22 Caliber Pistol, serial number N03028; (155) Glock Incorporated, Model 44, .22 Caliber Pistol, serial number AKNG703; (156) Keltec CNC Industries Incorporated,

4

020

United States of America v. Doug Mulligan

Attachment A:

Model PMR-30, .22 Caliber Pistol, serial number WXPV39; (157) Taurus, Model 22TUC, .22 Caliber Pistol, serial number 1TC003483; (158) Glock Incorporated, Model 35, .40 Caliber Pistol, serial number BVEH929 (159) Glock Incorporated, Model 23GEN5, .40 Caliber Pistol, serial number CCPD775; (160) Glock Incorporated, Model 27GEN5, .40 Caliber Pistol, serial number CBKY723; (161) Manufacturer --, Model G3C, .40 Caliber Pistol, serial number AEJ719708; (162) Smith and Wesson, Model M&P Shield M2.0, .45 Caliber Pistol, serial number EFA6922; (163) Kimber, Model Solo Carry, 9mm Pistol, serial number S1125823; (164) Remington Arms Company Incorporated,  Model R51, 9mm Pistol, serial number 0002160R51 (165) Smith and Wesson, Model SW9VE, 9mm Pistol, serial number RBK5015; (166) Taurus, Model G3C, 9mm Pistol, serial number ACH158783; (167) CANIK55, Model METE SF, 9mm Pistol, serial number 21CC10617; (168) Heckler and Koch, Model VP9, 9mm Pistol, serial number 224-221727; (169) HS Produkt (IM Metal), Model XDM Elite, 9mm Pistol, serial number, BY278097; (170) Sharps Brothers Manufacturing, Model Showdown, .223 Caliber Pistol, serial number SS-02782; (171) Smith and Wesson, Model M&P 40 Shield M2.0, .40 Caliber Pistol, serial number HSD3104; (172) Glock GMBH, Model 20GEN4, 10mm Pistol, serial number BXZL242; (173) Glock GMBH, Model 20GEN4, 10mm Pistol, serial number AKKS753GA; (174) Glock GMBH, Model 29, 10mm Pistol, serial number BXSP094; (175) Glock GMBH, Model 40GEN4, 10mm Pistol, serial number BYNW486; (176) Sig Sauer (Sig-Arms), Model P320-XTEN, 10mm Caliber, serial number 58J466126; (177) Glock GMBH, Model 41GEN4, .45 Caliber Pistol, serial number AGXP580; (178) Sig-Sauer, Model P220 Elite, .45 Caliber Pistol, serial number 37F003335 (179) Sig-Sauer, Model P220, .45 Caliber Pistol, serial number 37A02221; (180) HS Produkt (IM Metal), Model XDM, .45 Caliber Pistol, serial number BB153286; (181) HS Produkt (IM Metal), Model XDM, .45 Caliber Pistol, serial number BA569182; (182) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1TJ062075; (183) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1PT461025; (184) Taurus International, Model TX22 Competition, .22 Caliber Pistol, serial number 1PT701273; (185) HS Produkt (IM Metal), Model Hellcat, 9mm Pistol, serial number BA353722; (186) HS Produkt (IM Metal), Model Hellcat Competition, 9mm Pistol, serial number BK310848 (187) Springfield Armory, Geneseo, IL, Model XDS-9, 9mm Pistol, serial number S4905544; (188) HS Produkt (IM Metal), Model Echelon Gear Up, 9mm Pistol, serial number BE389793; (189) Springfield Armory, Geneseo, IL, Model XD9, 9mm Pistol, serial number XD175766; (190) HS Produkt (IM Metal), Model XD9,  9mm Pistol, serial number BY603641; (191) HS Produkt (IM Metal), Model XDS MOD 2, 9mm Pistol, serial number BF335972; (192) Sig Sauer (Sig-Arms), Model P365 X Macro, 9mm Pistol serial number 66G463563; (193) Sig Sauer, Model P365 XFDE, 9mm Pistol, serial number 66G662343; (194) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66E866549; (195) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number CEUN160; (196) Glock

United States of America v. Doug Mulligan
Attachment A:

GMBH, Model 17GEN3, 9mm Pistol, serial number CDTW298; (197) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number AFTB055; (198) Glock Incorporated, Model 19GEN3, 9mm Pistol, serial number BSCA237; (199) Glock Incorporated, Model 26GEN5, 9mm Pistol, serial number AKMK938; (200) Glock Incorporated, Model 34GEN5, 9mm Pistol, serial number BRRX705; (201) Glock Incorporated, Model 43, 9mm Pistol, serial number AGPE432; (202) Glock Incorporated, Model 43X, 9mm Pistol, serial number AKUY881; (203) Glock Incorporated, Model 43X, 9mm Pistol, serial number AGMX807; (204) Glock Incorporated, Model 45GEN5, 9mm Pistol, serial number BYRK810; (205) Glock Incorporated , Model 49MOS, 9mm Pistol, serial number CCEY753; (206) Arex, Model, Rex Zero 1 CP, 9mm Pistol, serial number A11236; (207) Beretta USA Corporation, Model 92FS, 9mm Pistol, serial number BER885996; (208) Bersa, Model BP9CC, 9mm Pistol, serial number M46486; (209) CANIK55, Model METEMC9, 9mm Pistol, serial number 23CT89470; (210) CZ (Ceska Zbrojovka), Model CZ P-10 S, 9mm Pistol, serial number G089250; (211) CZ (Ceska Zbrojovka), Model P-10 Compact, 9mm Pistol, serial number H321417; (212) HS Produckt (IM Metal), Model XDM Elite, 9mm Pistol, serial number MG465576; (213) Taurus International, Model GX4 XL, 9mm Pistol, serial number AEK807869; (214) Taurus International, Model G3, 9mm Pistol, serial number AHB753567; (215) Taurus International, Model: G3, 9mm Pistol, serial number ADC104931; (216) Taurus International, Model G3C, 9mm Pistol, serial number AHD880468; (217) Taurus International, Model G3C, 9mm Pistol, serial number  AGC100881; (218) Taurus, Model TS9, 9mm Pistol, serial number AEL880818; (219) Walther, Model CCP M2, 9mm Pistol, serial number WK152251; (220) Walther, Model PDP F-Series, 9mm Pistol, serial number 36614GB; (221) SCT Manufacturing LLC, Model DSC9, 9mm Pistol, serial number AAA0031531; (222) Diamondback Arms Incorporated, Model DB9, 9mm Pistol, serial number YP8202; (223) Tanfoglio, F.LLI, S.N.C., Model Witness Pavona, 9mm Pistol, serial number EA95670; (224) Sarsilmaz (SAR Arms), Model SARST10, 9mm Pistol, serial number T110213F00613; (225) Girsan, Model MC P35, 9mm Pistol, serial number T6368-22EU05916; (226) Smith and Wesson, Model M&P 9 Shield EZ, 9mm Pistol, serial number  NKH9261; (227) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number DLU5921; (228) Smith and Wesson, Model M&P 9 Carry Comp, 9mm Pistol, serial number EHY2014; (229) Smith and Wesson, Model M&P 9 Shield Plus, 9mm Pistol, serial number JMX7874; (230) Smith and Wesson, Model M&P 9 Shield Plus, 9mm Pistol, serial number EFH9702; (231) Smith and Wesson, Model M&P M2.0, 9mm Pistol, serial number NKT5053; (232) Carl Walther ULM/DO, Model PPQ 43, .45 Caliber Pistol, serial number FDG8675; (233) Browning, Model Black Label 1911-22, .22 Caliber Pistol, serial number 51EYZ52899; (234) Smith and Wesson, Model M&P 380 Shield EZ, .380 Caliber Pistol, serial number FJD3172; (235) Smith and Wesson Model M&P 380 Shield EZ, .380 Caliber Pistol, serial number FJD1292; (236) Unknown Manufacturer, Model M1911A1-FS, 9mm Pistol, serial number RIA2446562;

6

022
United States of America v. Doug Mulligan
Attachment A:

(237) Springfield Armory, Geneseo, IL, Model EMP, 9mm Pistol, serial number EMP61116; (238) Ruger, Model Security-9, 9mm Pistol, serial number 385-80241; (239) Ruger, Model RXM, 9mm Pistol, serial number 094-76403; (240) FNH USA, LLC, Model 503, 9mm Pistol, serial number CV009794; (241) FNH USA, LLC, Model 509 Tactical, 9mm Pistol, serial number GKS0187581; (242) Heckler and Koch, Model VP9, 9mm Pistol, serial number 224-372555; (243) Heckler and Koch, Model P30, 9mm Pistol, serial number 129-111930; (244) Shadow Systems LLC, Model XR920, 9mm Pistol, serial number SSX036262; (245) Steyr, Model S9-A1, 9mm Pistol, serial number 3129754; (246) BUL Transmark LTD, Model Baby Eagle III, 9mm Pistol, serial number SBA1834; (247) Beretta, Pietro S.P.A, Model: 84, .380 Caliber Pistol, serial number Y030949X; (248) Ruger, Model SR1911, .45 Caliber Pistol, serial number 673-43074; (249) BUL Transmark LTD, Model MR1911GSS, .45 Caliber Pistol, serial number G-A06923; (250) Bersa, Mode: Thunder, .38 Caliber Pistol, serial number N64862; (251) Bersa, Model Thunder Plus, .38 Caliber Pistol, serial number N85929; (252) Girsan, Model MC14T, .38 Caliber Pistol, serial number T6368-25EZ00277; (253) Glock Incorporated, Model 42GEN3, .380 Caliber Pistol, serial number AGFF242; (254) Ruger, Model LCs Crimson Trace, 9mm Pistol, serial number 32955182; (255) Ruger, Model LCP Max, .380 Caliber Pistol, serial number 380964573; (256) Ruger, Model LCP2, .38 Caliber Pistol, serial number 380682549; (257) Remington Arms Company Incorporated, Model RM380, .380 Caliber Pistol, serial number RM056167C; (258) Smith and Wesson, Model Bodyguard 2.0, .38 Caliber Pistol, serial number ENH3103; (259) Smith and Wesson, Model Bodyguard 2.0, .38 Caliber Pistol, serial number EKE9151; (260) SI (Springfield Inc.), Model: Emissary, .45 Caliber Pistol, serial number NM781755; (261) Springfield Armory Geneseo, IL, Model TRP, .45 Caliber Pistol, serial number LW189811; (262) Keltec, CNC Industries Incorporated, Model P50, .57 Caliber Pistol, serial number AAE756; (263) Keltec, CNC Industries Incorporated, Model P50, .57 Caliber Pistol, serial number AAE992; (264) Ruger, Model 22 Charger, .22 Caliber Pistol, serial number 490-66234; (265) Freedom Ordnance MFG, Model FX-9, 9mm Pistol, serial number 67392; (266) Ruger, Model, 22/45 Lite, .22 Caliber Pistol, serial number 391-33831; (267) Bersa, Model Thunder 380 CC, .380 Caliber Pistol, serial number N80368; (268) Arex, Model Rex Zero 1 S, 9mm Pistol, serial number A03210; (269) Diamondback Arms Incorporated , Model DB9, 9mm Pistol, serial number YQ8024; (270) Diamondback Arms Incorporated, Model AM2, 9mm Pistol, serial number MA6217; (271) FNH USA, LLC, Model 509, 9mm Pistol, serial number GKS0158805; (272) Glock Incorporated, Model 43X, 9mm Pistol, serial number CEMD426; (273) Glock Incorporated, Model 19, 9mm Pistol, serial number CDCW688; (274) German Sports Guns, Model Firefly, .22 Caliber Pistol, serial number F521925; (275) German Sports Guns, Model GSG-1911, .22 Caliber Pistol, serial number E034149; (276) Glock Incorporated, Model 19Gen5, 9mm Pistol, serial number CDHX623; (277) Glock Incorporated, Model 19Gen5, 9mm Pistol ,serial number

United States of America v. Doug Mulligan
Attachment A:

BYMF393; (278) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CDHX624; (279) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CDHS657; (280) Glock Incorporated, Model 22GEN5, .40 Caliber Pistol, serial number CCPK633; (281) Glock Incorporated, Model 20GEN5, 10mm Pistol, serial number CBPM780; (282) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number BZSL305; (283) Glock Incorporated, Model 19GEN5, 9mm Pistol, serial number CBNV313; (284) CZ USA, Model 75D Compact, 9mm Pistol, serial number J181838; (285) Glock Incorporated, Model 43, 9mm Pistol, serial number AGDX939; (286) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66B531959; (287) CANIK55, Model METE MC9, 9mm pistol, serial number 25ZA27710; (288) Chiappa Firearms LTD, Model 1911-22, .22 Caliber Pistol, serial number 12L06533; (289) Rock Island Armory Incorporated (Geneseo, IL), Model 1911A1, 10mm, Pistol, serial number RIA2010141; (290) Beretta USA Corporation, Model 21A Bobcat, .22 Caliber Pistol, serial number DAA657209; (291) Walther, Model PDP, 9mm Pistol, serial number 25722GB; (292) Glock GMBH, Model 19GEN5, 9mm Pistol, serial number BGFZ836; (293) Glock GMBH, Model 34GEN5, 9mm Pistol, serial number CCVB688; (294) Glock Incorporated, Model 26GEN5. 9mm Pistol, serial number AKLR502; (295) Glock Incorporated, Model 26GEN5, 9mm Pistol, serial number AHYW900; (296) Glock GMBH, Model 45, 9mm Pistol, serial number BZLK737; (297) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BWTU206; (298) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BYAH335; (299) Glock GMBH, Model 40GEN4, 10mm Pistol, serial number BZKR413; (300) Glock Incorporated, Model 45, 9mm Pistol serial number BWVS047; (301) Glock GMBH, Model 29GEN4, 10mm Pistol, serial number BWTU049; (302) Glock GMBH, Model 29, 10mm Pistol, serial number CEBT897; (303) Glock Incorporated, Model 40GEN4, 10mm Pistol, serial number BZKR416; (304) Glock Incorporated, Model 45, 9mm Pistol, serial number BYRK812; (305) Glock Incorporated, Model 29GEN5, 10mm Pistol, serial number CEBT695; (306) Glock Incorporated, Model 29GEN5, 10mm Pistol, serial number CDSS765; (307) Glock Incorporated, Model 42, .38 Caliber Pistol, serial number AKTA635; (308) Glock Incorporated, Model 43, 9mm Pistol, serial number AGDX862; (309) Glock Incorporated, Model 43, 9mm Pistol, serial number AHFG181; Glock Incorporated, Model 43X, 9mm Pistol, serial number CFSV763; (310) Taurus International, Model 22 Competition, .22 Caliber Pistol, serial number 1PT404705; (311) Keltec, CNC Industries Incorporated, Model P15, 9mm Pistol, serial number 24B0373; (312) Bondarms, Model Rough N Rowdy, .45 Caliber Pistol, serial number 316278; (313) Bondarms, Model Rough N Rowdy, .45 Caliber Pistol, serial number 308987; (314) Smith and Wesson, Model Bodyguard, .380 Caliber Pistol, serial number KBF5988; (315) Ruger, Model Mark II Target, .22 Caliber Pistol, serial number 213-10377; (316) Taurus, Model G3C, 9mm Pistol, serial number ADA830679; (317) Iver Johnson, Model Target Sealed 8, .22 Caliber Pistol, serial number M15261; (318) Taurus International, Model TX22, .22

8

United States of America v. Doug Mulligan
Attachment A:

Caliber Pistol, serial number 1PT483295; (319) Ruger, Model Ruger-57, .57 Caliber Pistol, serial number 641-46604; (320) Remington Arms Company Incorporated, Model 1911 Carry, .45 Caliber Pistol, serial number RH95634A; (321) HS Produkt (IM Metal), Model Echelon, 9mm Pistol, serial number BK371918; (322) Smith and Wesson, Model M&P 9 Shield, 9mm Pistol, serial number HWP5674; (323) HS Produkt (IM Metal), Model XDS 4.0, 9mm Pistol, serial number S4928181; (324) Kel-Tec, Model CP33, 9mm Pistol, serial number MB799; (325) Kel-Tec, Model CP33, 9mm Pistol, serial number MBP96; (326) Remington Arms Company Incorporated, Model RM380, .380 Caliber Pistol, serial number RM000718C; (327) Walther, Model PDP F-Series, 9mm Pistol, serial number 26979GB; (328) Smith and Wesson, Model Bodyguard 2.0, .380 Caliber Pistol, serial number ENF1629; (329) Smith and Wesson, Model Bodyguard, .380 Caliber Pistol, serial number ENF1468; (330) Sig Sauer (Sig-Arms), Model P365, 9mm Pistol, serial number 66F246299; (331) Taurus International, Model G3C, 9mm Pistol, serial number AHD883379; (332) HS Produkt (IM Metal), Model Hellcat, 9mm Pistol, serial number BE167076; (333) Ruger, Model LCP, .380 Caliber Pistol, serial number 372432599; (334) Ruger, Model LCP Max, .380 Caliber Pistol, serial number 380964592; (335) Taurus International, Model TX22, .22 Caliber Pistol, serial number 1PT512753; (336) Taurus, Model PT111 ML PRO G2, 9mm Pistol, serial number TJN72977; (337) Smith and Wesson, Model M&P 9 Shield EZ M2.0, 9mm Caliber Pistol, serial number REN2640; (338) Bondarms, Model Rough N Rowdy, unknown caliber Pistol, serial number 316277 (339) Glock Incorporated, Model 23GEN5, .40 Caliber Pistol, serial number CBYS953; (340) Smith and Wesson, Model M&P 10 M2.0, 10mm Pistol, serial number DLK4210; (341) Smith and Wesson, Model M&P Shield X, 9mm Pistol, serial number ENK8504; (342) Smith and Wesson, Model M&P 9 M2.0, 9mm Pistol, serial number NBK5511; (343) Steyr, Model M9-A1, 9mm Pistol, serial number 3116631; (344) HS Produkt (IM Metal), Model XD Mod 3, 9mm Pistol, serial number BF352505; (345) Sig Sauer (Sig-Arms), Model P320-XTEN, 10mm Pistol, serial number 58H295774; (346) Smith and Wesson, Model M&P 45, .45 Caliber Pistol, serial number HKX2614; (347) Remington Arms Company Incorporated, Model RM380, .380 Caliber Pistol, serial number RM023916C; (348) Honor Defense LLC, Model Honor guard, 9mm Pistol, serial number 0002325; (349) Daniel Defense Incorporated, Model DDM4, 5.56 Caliber Pistol, serial number DDM4481314; (350) Stag arms, Model STAG-15, 5.56 Caliber Pistol, serial number W-0021939; (351) Diamondback Arms Incorporated, Model DB-15, 5.56 Caliber Pistol, serial number DB2945418; (352) Smith and Wesson, Model M&P 15-22P, .22 Caliber Pistol, serial number WAE8814; (353) Adams Arms Holdings, LLC (Adams Arms), Model AA-15; 5.56 Caliber Pistol, serial number AA0012769; (354) Black Rain Ordnance Incorporated, Model SPEC 15, .300 Caliber Pistol, serial number SF000596; (355) Daniel Defense Incorporated, Model DDM4, .300 Caliber Pistol, serial number DDM4390983; (356) Glock Incorporated, Model 17GEN5, 9mm Pistol, serial number AHFU332; (357) Mossberg, Model 88, .12

9

025
United States of America v. Doug Mulligan
Attachment A:

Caliber Pistol, serial number MV1200625, (358) Mossberg, Model Cruiser, .20 Caliber Pistol, serial number MV2133846; (359) Mossberg, Model 590, 12 Caliber Pistol, serial number V1890249; (360) Henry Repeating Rifle Company, Model H018BAH-410 Axe, .410 Caliber Pistol, serial number XAHFTL00691; (361) Bondarms Incorporated, Model Texas Defender,.357 Caliber Derringer Pistol, serial number 237083; (362) Bondarms Incorporated, Model Stinger, .22 Caliber Derringer Pistol, serial number SSS-004484; (363) Bondarms Incorporated, Model Snake Slayer, .45 Caliber Deringer Pistol, serial number 309288; (364) Bondarms Incorporated, Model Cyclops, .44 Caliber, serial number CY002743; (365) along with the following ammunition:

| Quantity | Manufacturer | Caliber |
|---|---|---|
| 60 | Remington | .35 |
| 75 | Federal | 20 ga |
| 200 | Blazer | .380 |
| 500 | Federal | 9mm |
| 50 | Rio | 20ga |
| 420 | Igman | .308 |
| 1000 | CCI | .22 |
| 20 | Sellier + Bellot | .300 |
| 40 | Winchester | .300 |
| 300 | STV Technology/Patriots sports LLC | 9mm |
| 750 | Magtech | 9mm |
| 401 | Winchester | 12ga |
| 150 | Rio | 12ga |
| 3600 | Igman | 7.62 x 39 |
| 1000 | Sterling | 7.62 x 39 |
| 142 | Federal | 12ga |
| 76 | Fiocchi | 12ga |
| 10 | Brenneke | 12ga |
| 1300 | PMC | 5.56 |
| 450 | Blazer | .45 |
| 140 | PMC | 762 x 51 |
| 30 | Igman | 762 x 39 |
| 50 | Armscor | 10mm |
| 60 | Alexander Arms | .50 |
| 60 | Hornady | .41 cal x .35 cal |
| 40 | Remington | 450 bushmaster |
| 40 | Rifle Line Ammunition | .303 British |
| 20 | Winchester | .45 auto |
| 10 | Winchester | .300 |
| 8 | Federal | .357 |
| 4 | Winchester | .38 spec |
| 1 | Browning | .38 spec |
| 3 | PMC | .38 spec |

10

026

United States of America v. Doug Mulligan
Attachment A:

| | | |
|---|---|---|
| 1 | Peters | .38 spec |
| 1 | Blazer | .38 spec |
| 4 | Federal | .38 spec |
| 40 | Remington | .38 spec |
| 3 | Remington | 9mm |
| 30 | Hornady | 9mm |
| 45 | Barnaul | 9mm |
| 78 | Fiocchi | 9mm |
| 39 | Federal | 9mm |
| 1000 | Armscor | .223 |
| 25 | Winchester | 12g |
| 60 | PMC | .308 Winchester |
| 60 | Rifle Line-PPU | .30-30 Winchester |
| 250 | Blazer Ammunition | .380 |
| 20 | Winchester/Power Point | .300 savage |
| 100 | Sellier and Bellot | 10mm |
| 795 | Igman | 7.62 |
| 600 | Patriot Sports | .223 |
| 250 | Federal | .45 |
| 1750 | CCI | .22 LR |
| 150 | Armscor | 10mm |
| 40 | Remington | 30/30 Win |
| 60 | Remington | 30-06 SRRG |
| 1640 | PMC | 5.56 mm |
| 2500 | Federal | 9mm |
| 1000 | Magtech | 9mm |
| 1000 | Igman | .308 win |
| 1000 | STV Technology/Patriot | 9mm |
| 50 | Sellier & Bellot | 12 ga |
| 50 | Nobel | 12 ga |
| 50 | Fiocchi | 12 ga |
| 25 | Fiocchi | 12 ga |
| 30 | Sellier & Bellot | 12 ga |
| 100 | RIO Ammo | 12 ga |
| 40 | Hornady | 280 Ackley |
| 10 | Federal | 12 ga |
| 5 | Brenneke | 12 ga |
| 40 | Hornady | 6mm |
| 140 | STV Technology | .223 |
| 20 | Federal | 224 valkyrie |
| 100 | Winchester | 21 sharp |
| 40 | Hornady | 5.56 |
| 125 | Fiocchi | 12ga |
| 400 | Winchester | 12ga |

11

027

United States of America v. Doug Mulligan
Attachment A:

| | | |
|---|---|---|
| 180 | Remington | .35 whelan |
| 40 | Remington | .35 remington |
| 40 | Remington | 30-06 |
| 40 | Red Army Standard | 7.62 |
| 20 | Fiocchi | .270 win |
| 20 | Remington | 12ga |
| 100 | PPU | 30-30 win |
| 20 | PPU | 22-250 rem |
| 80 | Remington | .308 win |
| 40 | Federal | 6.8 |
| 60 | Hornady | .308 |
| 40 | Hornady | .22 arc |
| 20 | Hornady | .338 arc |
| 20 | Remington | 30-06 |
| 20 | Remington | 360 Buc |
| 80 | Barnes | .243 win |
| 40 | Hornady | .300 bl |
| 80 | Winchester | .35 rem |
| 20 | Federal | 45-70 |
| 60 | Federal | .35 |
| 80 | Winchester | 350 legend |
| 80 | Barnes | 30-06 sprg |
| 40 | Federal | 7mm REM MAG |
| 20 | PMC | .308 win |
| 40 | Sig Sauer | .300 blk |
| 40 | Sellier & Bellot | 7mm |
| 40 | Winchester | .300 blk |
| 20 | PPU | .338 |
| 40 | Remington | 6.8mm |
| 160 | Sellier & Bellot | .300 Win Mag |
| 160 | PMC | .308 Winchester |
| 100 | Winchester | .223 |
| 120 | Hornady | 30-30 win |
| 320 | PMC | 5.56 mm |
| 52 | Winchester | 410ga |
| 100 | Winchester | 6.5 |
| 40 | PPU | 8mm mauser |
| 50 | Aguila | 410g |
| 10 | Federal | 20g |
| 10 | Federal | 16g |
| 25 | Federal | 12g |
| 80 | Alexander Arms | 350 |
| 25 | Aguila | 16g |
| 125 | Fiocchi | 410g |

United States of America v. Doug Mulligan
Attachment A:

| | | |
|---|---|---|
| 25 | Fiocchi | 28g |
| 100 | Rio | 410g |
| 50 | Rio | 20g |
| 15 | TSS | 410g |
| 60 | Aguila | .270 win |
| 40 | Remington | 20g |
| 5 | Hornady | 20g |
| 75 | Hornady | 12g |
| 40 | Hornady | 410g |
| 160 | PMC | 7.62 |
| 80 | Sellier & Bellot | 7.62 |
| 40 | PPU | 7.62 |
| 80 | Hornady | 450 |
| 60 | Hornady | 45-70 |
| 60 | PPU | 6.5mm |
| 20 | Remington | .280 |
| 20 | PPU | 7mm-08 |
| 140 | PPU | .303 British |
| 60 | PPU | 7.5 x 55 Swiss |
| 80 | PPU | 7mm |
| 80 | Winchester | .300 savage |
| 20 | PMC | .50 |
| 30 | Brenneke | 12g |
| 20 | Varmint Express | 6.5 |
| 75 | Hornady | .30 |
| 30 | Brenneke | 12g |
| 80 | Sellier & Bellot | 6.5 |
| 60 | Hornady | 300 Savage |
| 20 | Hornady | .270 |
| 73 | Federal | 12g |
| 20 | Hornady | 6.5 |
| 40 | Hornady | 7mm |
| 120 | Igman | 7.62 |
| 400 | Federal | .38 spl |
| 80 | CCL | 9mm |
| 20 | CCL | .38 spl |
| 50 | PPU | 9mm Makarov |
| 200 | Fiocchi | .38 spl |
| 60 | Hornady | .40 s&w |
| 60 | Underwood | .38 spl |
| 50 | Magtech | 9mm |
| 40 | Starline | .357 |
| 400 | Federal | .40 s&w |
| 450 | Blazer/CCI | .40 s&w |

13

029

United States of America v. Doug Mulligan
Attachment A:

| | | |
|---|---|---|
| 80 | Nosler | .40 s&w |
| 80 | Federal | .38 spl |
| 50 | Fiocchi | .380 |
| 100 | PPU | 9mm Makarov |
| 20 | Sig Sauer | .380 auto |
| 20 | Starline | 9mm |
| 150 | Fiocchi | .380 auto |
| 20 | Sig Sauer | .357 sig |
| 50 | Sellier & Bellot | .44 mag |
| 250 | Ammo Inc | .357 |
| 2870 | CCI | .22 |
| 350 | Winchester | .22 |
| 350 | Hornady | .22 |
| 100 | Hornady | .17 HMR |
| 500 | STV Technology/Patriots Sports LLC | 9mm |
| 50 | Hornady (black) | 5.7x20 |
| 780 | Federal | 9mm |
| 100 | Fiocchi | 7.62 |
| 1100 | Aquila | 9mm |
| 100 | PMC | .25 auto |
| 50 | Fiocchi (official) | .22 LR |
| 50 | Federal | .22 LR |
| 20 | Federal | .32 auto |
| 50 | Fiocchi | .32 s&w long |
| 1000 | Sterling | 9mm |
| 300 | Remington | .22 LR |
| 175 | Finocchi | 9mm |
| 150 | Federal | .22 LR |
| 50 | Sig Sauer | 9mm |
| 50 | Armscor | 9mm |
| 50 | PMC | 9mm |
| 20 | Liberty | 9mm |
| 20 | Hornady | .44 mag |
| 75 | Hornady | .357 |
| 125 | Hornady | .22 |
| 100 | Magtech | .43 Spanish |
| 60 | Fort Scott | 9mm |
| 250 | Magtech | 9mm |
| 200 | Hornady | 9mm |
| 100 | Ammo Inc | .357 mag |
| 50 | Sellier & Bellot | 9mm |
| 350 | CCI | .45 |
| 210 | Federal | .45 |
| 40 | HSM | .500 s+w |

030
United States of America v. Doug Mulligan
Attachment A:

| | | |
|---|---|---|
| 40 | HSM | .460 s+w |
| 100 | Sellier & Bellot | .45 |
| 80 | Hornady | .50 AE |
| 100 | Hornady | 9mm |
| 240 | Armscor | 10mm |
| 60 | Armscor | .44 mag |
| 40 | Armscor | .40 s&w |
| 60 | Federal | 10mm |
| 75 | PMC | .44 s&w |
| 20 | Magtech | .454 |
| 50 | Magtech | .357 |
| 20 | Nosler | .45 |
| 80 | Nosler | 9mm |
| 20 | Speer | 10mm |
| 20 | STV/Patriot | .223 |
| 50 | Blazer | .450 |
| 50 | Blazer | .380 |
| 20 | Winchester | .300 Win Mag |
| 25 | Rico Cartrigo / Sofiam Iberica | .410 GA |
| 20 | PMC | 5.56 |
| 25 | Fiocchi | 12 ga |
| 20 | HSM | .500 S&W |
| 12 | Remington | .380 |
| 20 | Remington | 30-06 |
| 20 | PMC | .308 Win |
| 50 | Federal | .38 SPL |
| 50 | Winchester | .22 |
| 50 | CCI | .22 |
| 50 | Hornady | .17 HMR |
| 22 | Sellier & Bellot | 10mm |
| 1 | Federal | .40 |
| 18 | CCI | .22 |
| 28 | Remington | .22 |
| 6 | X-Treme | 10mm |
| 7 | Federal | .22 |
| 1 | Winchester | .22 |
| 15 | Aguila | .22 |
| 2000 | Sterling | 9mm |

15